**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_EASTERN_ **DIVISION**

MAR 19 2015

JAMES W. McCORMACK, CLERK
By: _Brown_
DEP CLERK

CASE NO. _5:15-CV-088 JM/JTK_

**Jury Trial:** ☑ **Yes** ☐ **No**
**(Check One)**

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: _Roger Buckner       CB 4-458_
ADC # _600000_

Address: _Varner Super Max  P.O. Box 600 Grady, AR 71644-0600_

Name of plaintiff: _____
ADC # _____

Address: _____  This case assigned to District Judge _Moody_

Name of plaintiff: _____  and to Magistrate Judge _Kearney_
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: _W. Clowers_

Position: _Medical APN Provider_

Place of employment: _Varner & Varner Super Max Units_

Address: _P.O. Box 600  P.O. Box 400 Grady, AR 71644-_

Name of defendant: _V. Scroggins_

Position: _Medical informal & grievance answer_

_I don't Know first names but a few._

-4-

Defendant: Amanda Gray

Position: Nurse Medical

Place of
Employment: Varner & Varner Super Max Units

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644

---

Defendant: Readex (Witness)

Position: Nurse medical

Place of
Employment: Varner & Varner Super Max Units

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644

---

Defendant: Newton _ (Witness)

Position: Nurse medical

Place of
Employment: Varner & Varner Super Max Units

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644

---

Defendant: Hargrove (Witness)

Position: Nurse medical    Back & forth

Place of
Employment: Cummins Unit    — Varner Supe Max - Varner

Address: P.O. Box 500 Grady, AR 71644    P.O. Box 400    P.O. Box 600 Grady, AR 71644

---

Defendant: Allen

Position: Cpl.

Place of
Employment: Varner & Varner Super Max Units

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644

---

Defendant: D. A. White

Position: Correction Officer

Place of
Employment: Varner & Varner Super Max Units

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644

Defendant: M. Jackson (Witness)

Position: Deputy Warden
Place of
Employment: Varner & Varner Super max

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644   (870) 575-1800

Defendant: Michelle Bishop

Position: Doctor   Medical
Place of
Employment: Calico Rock (North Central Unit)

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300   (870) 297-4311

Defendant: Randy Ferretti

Position: HSA   Medical
Place of
Employment: Calico Rock (North Central Unit)

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311

Defendant: Rohder

Position: APN Provider Medical
Place of
Employment: Calico Rock (North Central Unit)

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311

Defendant: Haden or Heyden

Position: Nurse - Informal & Grievance answer   Medical
Place of
Employment: Calico Rock (North Central Unit)

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311

Defendant: Valery (Witness)

Position: Nurse   Medical
Place of
Employment: Calico Rock (North Central Unit)
Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311

Defendant: ~~Sierra~~

Position: ~~Nurse Medical~~

Place of
Employment: ~~Calico Rock (North Central Unit)~~

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311


Defendant: M. Turner

Position: Nurse - MRC  Medical

Place of
Employment: Calico Rock (North Central Unit)

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311


Defendant: David White  (Witness)

Position: Warden

Place of
Employment: Calico Rock (North Central Unit)

Address: HC 62 P.O. P.O. 300 Calico, AR 72519-0300 (870) 297-4311


Defendant: ~~Karen (First name)~~

Position: ~~Assistant Health Attorney~~

Place of
Employment: ~~Calico Rock (North Central Unit)~~

Address: HC 62 P.O. Box 300 Calico, AR 72579-0300 (870) 297-4311


Defendant: Genia Walker

Position: Assistant Medical Program Manager

Place of
Employment: Arkansas Department of Correction (Central Office In Pine Bluff, AR)

Address: P.O. Box 8707 Pine Bluff, AR 71611-8707


Defendant: Rory Griffin

Position: Deputy Director of Health & Correctional Programs

Place of
Employment: Arkansas Department of Correction (Central Office In Pine Bluff, AR)

Address: P.O. Box 8707 Pine Bluff, AR 71611-8707

Defendent: Sanders (Witness)

Position: $CO^2$ (Cpl.) (Shift CC)

Place of Employment: Varner & Varner Super Max Unit

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644


Defendent: Ray Hobbs

Position: Director

Place of Employment: Arkansas Department of Correction (Central Office In Pine Bluff, AR)

Address: P.O. Box 8707 Pine Bluff, AR 71611-8707


2-9-15    What I get: 600mg Norbion    Didn't Get

Defendent: Carter (Witness) Didn't bring right meds. 400 mg Norotan mental Health med. Celexa 20mg

Position: Nurse

Place of Employment: Varner & Varner Super Max Unit

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644


Defendent: Partain

Position: Mental Health

Place of Employment: Varner & Varner Super Max Unit

Address: P.O. Box 600 P.O. Box 400 Grady, AR 71644


Defendent: Lee

Position: CPL

Place of Employment: Calico Rock

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311


Defendent: Mead

Position: Mental Health

Employment: Calico Rock

Address:

(Inmate)(Witness Only)

Defendant: SNEAd Isolation Barracks Porter

Inmate A-Wing Barracks Porter

Calico Rock (North Central Unit)

HC 62 P.O. Box 300 Calico, AR 72519-0300 (870) 297-4311

Defendant: Guardo

Position: Sgt. Could be Lt. now
Place of
Employment: CalicoRock(NCU) or          WrightsVille Unit

Address: HC 62 P.O. Box 300 Calico, AR 72519-0300    P.O. Box 1000 WrightsVille, AR 75183-1000

Defendant: Megan

Position: Nurse
Place of
Employment: CalicoRock(NCU)

Address: HC62 P.O. Box 300 Calico,AR 72519-0300

Defendant: B. Gonzales or Gonzales ID Number 27857

Position: Sgt.
Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644

Defendant: Williams

Position: Sgt
Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644

Defendant: Young

Position: Sgt
Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644

Defendent: Allen
Position: Mail Room
Place of
Employment: Varner Super Max
Address: P.O. Box 400 Grady, AR 71644


Defendent: Swift
Position: Commissary Store
Place of
Employment: Varner Super max & Varner
Address: P.O. Box 400   P.O. Box 600 Grady, AR 71644


Defendent: Torrence
Position: Correction Officer
Place of
Employment: Varner Super Max
Address: P.O. Box 400 Grady, AR 71644


Defendent: R. Calloway
Position: Supervisor Commissary Store
Place of
Employment: Varner Super Max & Varner
Address: P.O. Box 400 P.O. Box 600 Grady, AR 71644


Defendent: ESGU (Witness Only)
Position: Lt.
Place of
Employment: Varner Super Max
Address: P.O. Box 400 Grady, AR 71644


Defendent: Lundy, Marquis L
Position: Sgt
Place of
Employment: Varner Super Max
Address: P.O. Box 400 Grady, AR 71644

Defendent: Baily

Position: Sgt.

Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644


Defendent: Bivens

Position: Lt.

Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644


Defendent: Plummer

Position: Lt.

Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644


Defendent: D. Kelley

Position: Correction Officer

Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644


Defendent: James

Position: Cpl

Place of
Employment: Varner Super Max

Address: P.O. Box 400 Grady, AR 71644

## Motions

<u>5:13-cv-05189-PKH-ELS Buckner
v. Mullins et al</u>

CASREF,SMG

# U. S. District Court

## Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 4/23/2014 at 3:04 PM CDT and filed on 4/23/2014

**Case Name:**        Buckner v. Mullins et al
**Case Number:**      <u>5:13-cv-05189-PKH-ELS</u>
**Filer:**            Roger Buckner
**Document Number:** <u>59</u>

**Docket Text:**
**MOTION to Dismiss Case by Roger Buckner. Motions referred to
Erin L. Setser.(tg)**

**5:13-cv-05189-PKH-ELS Notice has been electronically mailed to:**

Jason E. Owens  owens@rainfirm.com, fonda@rainfirm.com,
jmose@rainfirm.com, salley@rainfirm.com

Geoffrey Thompson  thompson@rainfirm.com, fonda@rainfirm.com,
jmose@rainfirm.com, salley@rainfirm.com

Colin P. Wall  wall@rainfirm.com, fonda@rainfirm.com, jmose@rainfirm.com,
salley@rainfirm.com

**5:13-cv-05189-PKH-ELS Notice has been delivered by other means to:**

Roger Buckner

· 600000
ADC - NORTH CENTRAL UNIT
10 Prison Circle
Calico Rock, AR 72519

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=4/23/2014]
[FileNumber=1049011-0
]
[6eb147afe2bf179e72e1f7048264b7dae71c5161f4518c4566d040f4a3b1cf5adde
ba1919a1c9c64c0d7c1fb6e6a75d6fad3914956b15e19cec1bd48b4d14ece]]

TO: Honorable Erin L. Selser                                              4.20.14

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 23 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

## Motion TO Dismiss Case(s)

I Roger Buckner would like to dismiss Case No. 13-5189 Please. Buckner V. Dr. Mullins et al Cause I can already tell that I won't have a Chance even with all the evidents I have on this Case Cause I don't have nor Can I efford an Civil Suite Attorney. Even with the evidents I have and tryed to get Videos before the 90 days Toll overs on Videos at the Washington County Jail was not available to Show my Case at which I know would have. But please allow me to dismiss this Case thank You


                        Sincerly

                        Roger Buckner

Roger Buckner ADC#100000 ISo #19
North Central Unit
10 Prison Circle
Calico Rock, AR
72519

ORIGINATED
FROM NCU
FACILITY



neopost
04/21/2014
US POSTAGE
$.00°
Bank Swallow

United States District Court
35 E. Mountain, Room 510
Fayetteville, Arkansas
72701-5353

# Orders on Motions
<u>5:13-cv-05275-TLB-ELS Buckner
v. Roy et al</u>

CASREF,SMG

## U. S. District Court

## Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 5/14/2014 at 8:47 AM CDT and filed on 5/14/2014

**Case Name:**    Buckner v. Roy et al
**Case Number:**    <u>5:13-cv-05275-TLB-ELS</u>
**Filer:**
**Document Number:** <u>26</u>

**Docket Text:**
**ORDER granting [25] Motion to Dismiss Case. The Clerk is directed to treat this motion as a notice of voluntary dismissal and terminate the case. Signed by Honorable Erin L. Setser on May 14, 2014. (tg)**


**5:13-cv-05275-TLB-ELS Notice has been electronically mailed to:**

**5:13-cv-05275-TLB-ELS Notice has been delivered by other means to:**

Roger Buckner
600000
ADC - NORTH CENTRAL UNIT
10 Prison Circle
Calico Rock, AR 72519

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=5/14/2014]
[FileNumber=1057510-0
]
[65ece18cadf3498ad9cbc9612e11cf7475a15f78d8677ec348299627033c4fd66d9
cf042ba914afb36991831a625b53e47e5ecaa974e98fc36b4742bd66c9a9e]]

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROGER BUCKNER                                                                   PLAINTIFF

            v.                    Civil No.  13-5275

CORPORAL (CPL.) ROY; CPL. ALDERSON;
CPL MATTHEWS; DEPUTY A. SMITH; CPL. LONG;
SERGEANT (SGT.) FULLER; LIEUTENANT (LT)
CAMBRON; SGT. BREWER; SGT. FREEMAN; CPL.
BRANNON; SGT. T. MUGGY; CPL. MULVANNEY;
CPL. HOLIDAY; SGT. HOLIDAY; CPL. ARNOLD;
DEPUTY TALLEY; DEPUTY CAMBRON JR.; DEPUTY
AXE; DEPUTY D. CARTER; DEPUTY CARTER;
DEPUTY CUCISKE; DEPUTY KEYWOOD; DEPUTY
BRANNON; DEPUTY BUTLER; DEPUTY MITCHELL;
DEPUTY FIELD; DEPUTY STARBOUG; DEPUTY
BOGGINS; DEPUTY CHAD MORGAN; DEPUTY
REESE; DEPUTY COX; DEPUTY TUCKER; DEPUTY
HUTCHINSON; DEPUTY McGOUGH; DEPUTY
STANDROD; DEPUTY GRAM; DEPUTY LUNGSFORD;
DEPUTY BYRD; DEPUTY MUGGY; DR. MULLINS;
DR. HOWARD; NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE; and NURSE
PEGGY VICKERY                                                                 DEFENDANTS

## ORDER

        Plaintiff has filed a motion (Doc. 25) to voluntarily dismiss this case.  Defendants have

not yet been served.  The Clerk is directed to treat this motion as a notice of voluntary dismissal

by the Plaintiff pursuant to Rule 41(a)(1)(A) and terminate the case.

        IT IS SO ORDERED this 14th day of May 2014.


                                            /s/ Erin L. Setser
                                            HON. ERIN L. SETSER
                                            UNITED STATES MAGISTRATE JUDGE

                                            -1-

Place of employment: _Varner & Varner Super Max Units_

Address: _P.O. Box 600  P.O. Box 400 Grady, AR 71644_

Name of defendant: _Baatner_ ~~Smith Johnson Company~~

Position: _Nurse_

Place of employment: _Varner & Varner Super Max Units_

Address: _P.O. Box 600  P.O. Box 400 Grady, AR 71644_

Name of defendant: _MS. Jones (Witness) Only Not Sueing_

Position: _Nurse_

Place of employment: _Varner & Varner Super Max Unit_

Address: _P.O. Box 600  P.O. Box 400 Grady, AR 71644_

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _✓_  No ___  _Similer but didn't understand what I was doing_

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _Roger Buckner_

Defendants: _Sending the Dismissal or Order I asked_
_for cause I Couldn't get the Videos or other documents I_
_needed to Complete thoughs Cases plus I didn't understand_
_what I was doing and was denised Law books and Law Library_
_for 5 months on Case. No. 5:13-CV-05189-PKH-ELS Buckner V. Mullins et al_

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_Federal, Western District of Arkansas, Washington_

☐     Docket Number: _5:13-CV-05189-PKH-ELS Buckner V. Mullins et al_
_5:13-CV-05275-TLB-ELS Buckner V. Roy et al_

☐     Name of judge to whom case was assigned: _Erin L. Setser CJ2 Both Cases)_

☐     Disposition: (for example: Was the case dismissed? Was it appealed?
Is it still pending?) _I Voluntaried asked to dismiss and terminate both Cases)_

☐     Approximate date of filing lawsuit ~~_____~~

☐     Approximate date of disposition _(1) 4-23-2014 (2) 5-14-2014_

IV.     Place of present confinement: _I am at Varner Super Max now but filed theys 2 Cases_

_at Washington County Detention Center, and Asked to dismiss the other 1 at Calico Rock_
_Unit (North Central)_

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction _30 day misdemenor when filed_
_the 2 cases but not now_

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _I am now doing a Parole Violation at which I am Max flatting_

_this sentence which will be complete Dec. 28, 2015_

VI.     The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails. Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____ _On Some but others I wasn't given a chance to I can_
_explain if need to_

B.     Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure? _Yes_

Yes _✓_   No ____

If not, why? _(Not on all) Cause alot was put in my door while I was_ *Cell*

_as sleep or I was told it would be took Care of and I believed them_

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Statement of Claim is: ▬▬▬▬▬▬▬▬

I have been neglected medical treatment for the Stinking like "Poop" for over a year and "Fecal" build up as I have been told for over a year. I have Medicaly been ignored after nurse's & Correction Authoritys have Seen me pouring blood out my rectom. I was made to be in my Cell with a blood blanket for several days until a Sgt got me a Clean one. Correction Authorities didn't Call infirmary after seeing how bad I was bleeding from rectom. Medical didn't do any thing about the test that where done and proven I have had blood in my Stools & Urin. After the free world hospital(s) & MRI's from 2006 from Calico Rock at which Medical Staff lied about and having exrays done of my back, Side, hand and ~~Stomach~~ Abdomen. I Still was denied my medical Class Changed to fit my Physical ability & denied treatment to find out why I Supposedly have So much "Fecal" build up.

Attached is the rest of my Statement Claim:

Continued'

## My Statement Claim

Also medical has lied on informals that have been answered
by stating they would get statements from nurses. Also Contradicting
what the APN has said & done. Also by making me go almost 8
months with a knee brace that is a medium thats to small.
Medical made me wait 16 days before I got exrays on my left hand
and then said nothings wrong with it but I am still having problems
with it. Also being neglicated my meds.

I am also still being denied medical treatment for the stinking and the
stuff thats inside my Colon. At which medical has seen in exrays
but is neglicting me medical treatment to for it.

Mail- I have informals ~~at least~~ ~~times~~ letters
that didnt go to where the was suppose to and who took them
along with legal letters that was took by Sgts & Lt. but disappeared

Food- that on several days I am going without eating cause my
food smells like pee and I've never see mashed potatoes & chilly
mac or crush pine apples or brown beans in prison be floating in
clear liquid that smells like pee.

Having nurses tell new Correction Officers that I have
Rape Charges and gave those people HIV/AIDS

This is my True Statement Of Claim to the
best of my knowledge.

                                        CB4-458
                            Roger Buckner #600000
                            Varner Super Max

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I want the Court to See my Constantianal Rights have been
broke and that I have been neglicted the right medical treatment
and I should be Confensated for the physisyl, emotion and embarrasment
this has done to me. Also my mail Correspondance rights as well as my $42.00 bible
that has been sent 2 times With black leathes Cover has been given to Wong inmates
I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _12_ day of _March_____, 20_15_ .

Roger Buckner Adc # 600000
_____

Roger Buckner ADC # 600000
Signature(s) of plaintiff(s)

-8-

Received:
Jan 7 2014 11:27am
1/7/2014 11:24:45 AM Washington Regional Medical Center 1(479)463-1000 Page 2 of 2

16

## ✛ WashingtonRegional
### Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703
Phone: 479-463-1000

Patient Name: **BUCKNER, ROGER J**　　　Client: Washington County Jail
Admit / Discharge: 1/7/2014　　-　　　　MRN: 000363475
DOB / Age / Sex: 5/24/1973 / 40 years / Male　　FIN: 1400700288
OPI:1361090　　　　　　　　　　　Attending Physician: HOWARD,W H.M.D.

| Hematology |
|---|

Footnote Legend:　@ = Abnormal　c = Corrected Results　C = Critical　O = Order Comments　f = Result Comments

| Routine Blood Counts |
|---|

| Collected Date | 1/7/2014 | | |
|---|---|---|---|
| Collected Time | 11:08 CST | | |
| Procedure | | Reference Range | Units |
| WBC | 6.9 | [4.8-10.8] | K/mcL |
| RBC | 4.80 | [4.41-6.05] | M/mcL |
| Hgb | 15.0 | [13.7-18.1] | Gm/dL |
| Hct | 44.3 | [40.8-52.0] | % |
| MCV | 92.3 | [85.2-96.0] | fLiter |
| MCH | 31.3 | [27.8-32.6] | pGm |
| MCHC | 33.9 | [32.5-34.4] | Gm/dL |
| RDW | 12.8 | [11.1-14.9] | % |
| Platelet | 192 | [140-350] | K/mcL |
| Granulocytes % | 51.0 | [50.0-65.0] | % |
| Absolute Grans | 3.5 | [2.4-7.0] | K/mcL |
| Lymphocytes % | 36.7 | [25.0-40.0] | % |
| Absolute Lymphs | 2.5 | [1.2-4.3] | K/mcL |
| Monocytes % | $8.8^H$ | [3.0-7.0] | % |
| Absolute Monos | 0.6 | [0.2-0.7] | K/mcL |
| Eosinophils % | 3.0 | [0.0-5.0] | % |
| Absolute Eos | 0.2 | [0.1-0.4] | K/mcL |
| Basophils % | 0.5 | [0.0-3.0] | % |
| Absolute Basos | $0.0^L$ | [0.1-0.2] | K/mcL |

*handwritten: Being Accuse of Having HIV/AIDS*

*handwritten: Reactom Bleeding*

*handwritten: 1-7-14 Re, refer to GI docter to evoleut he hiitory 1 Rectal bleeder*

*handwritten: (Said copy was put in my medical Jacket)*

*handwritten: I showed this to MB Hadon or Hayden*
*handwritten: Dr. Michelle Bishop & APN Rohder Calico Rock*

Patient Name: **BUCKNER, ROGER J**　　　　Print Date / Time: 1/7/2014 11:23 CST
Admit / Discharge: 1/7/2014　-　　　　　Report Request ID: 68995716
Laboratory Medical Director: Anthony Hui, MD　　Page 1 of 1

*handwritten: North Central Unit*

. ADCRapid HIV Screening – Act 271 of 2007

Reason Tested    ☒Intake    ___90-day Repeat ___Exit    ___Other_____

Inmate: Roger Buckner        ADC# 600000

Unit: ORCU-SNU.  The result of this is:

☒ NON-REACTIVE

This means that antibodies to HIV 1 or 2 were not detected in your blood at the time of the test.

The best way to avoid getting HIV is to AVOID activities that would allow the virus to be passed to you.  You can reduce your risk of becoming infected with HIV by the following:

        Practice safe sex. If you are not certain that your partner is infected, you should always use a latex condom.

        Do not shoot or inject drugs.

        Do not share needles or syringes.

I have been informed of the above information. I am aware that this test does not reflect exposure to HIV within the previous three month time frame and may be repeated in 90 days.  I am also aware that this information will be conveyed to my Parole Officer if I am being paroled.

Inmate Signature: _____        Date: /-29-14

Nurse Signature: _____        Date: 1/29/14

Cc: Original to Medical Record

        Copy to Inmate

## MEDICAL DEPARTMENT
# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

OFFENDER NAME: _Buckner R_

ADC#: _600005_   ~~CK#: _150/019_

This is to inform you that we have received the results of the diagnostic test procedure preformed on ___4.4.14___ . Lab

1. _____ Based on the results of your test procedure, you will be scheduled for a follow-up with the physician or mid-level provider within_____. Please check the daily Lay-in List for this appointment.

2. __✓__ Based on the results of your test procedure there is no clinical need for a follow-up at this time. To discuss your test results with a member of our heath care staff, you may request to do so by submitting a "SICK CALL" Request or Request for Interview with the Heath Service Administrator.

Neither the follow-up in item 1. or a request initiated by you for item 2. will result in a co-pay fee.

_Michelle R_____
Signature of Physician or Midlevel Provider

_4/5/14_____
Date of Signature

Copy to Offender
Copy to Offenders Medical Records

Witness that Seven letters Tyler Pridgin 659536

Smith T #657646   Coopes in Cell with M. Eiters

Heard it on
Tier by
Britins Shawe
Tylor Pridgin
ABC #659536
Letters in
Iso #12

To: Internal Affairs      Evens seen letter that Jison Dye 4-10-14
Started

My name is Roger Buckner ADC #60000. I am at the North Central
Unit which is in Calico Rock, Arkansas. I have several issues that I
should like to talk with some one about these are the issues:

① I got 2 disciplinaries that was a lie. I was not allowed any
witnesses nor was I allowed to use the cameras to prove I did
do what I was accused of. was I-B moved from Cummins Maxi Part⊗

② Medical staff isn't doing there job. My family and 3 to 4 other
familys have put a box like substance inside me to "Rape" me plus
they have told people including correction officers's that I "Raped"
several girls and they have children by me at which I'm tryed
to get DNA but they won't give it to me (Never been Charged)

③ My ex girl friend(s) are in on this as well as there familys inclu
my ex wives and their families

④ In 2001 and 2007 a friend allowed several people to insert
my prostate without my permissing along with in 2007 try to
sexually mess with me while I was asleep (Have illegal pictures).
I do have witnesses at what these people have? are very long
along with an ex cheif of police. I also know they have used my own
for my social security benifits. and my MRI's from 2006 from Calico Rock pris
I am willing to take a polygraph test and I also want
them polygraphed test as well. Please Help. Thank You

over →

Sincely,
Roger Buckner    4-10-14

I have wrote grievence on medical at Calico Rock and Cummins Unit cous
they won't do what needs to be done in order to get this out. I have 1 expay's

I'm also sending a letter I received back in October 2013 in which this
my guy Terry Creek tryed to sexually assault me back in November 2007
her. I was staying at his house sleeping in his daughters old bed Room. I
m also sending a copy of the letter I wrote him back on 11-5-13. You
ill see in the letter where Terry Creek admits that my sister Angel Burkhart
mals is try to make me gay for him, mother walker-Bailey and my son
Zachary Buckner + Brian Williams or Williamson etc. This girl in the outside
hides Springs Lorrain Kathlyn or Elizabeth Kathlyne or Kathryne Elizabeth
this Brandy has stocked me very with my family and exgirl friends Wendy
lewis-VanNatte, Tammy Theson, Tucker, Smith along with my ex wife Cara
Banks, Byrd, Buckner with her sons and mom black Chris or Brian along with
my aunt, cousins? Sister? Uncles, Cousin by marriage at which they was arrested
in Hot Springs, AR between Nov. 1 2013 to Nov 18, 2013 one was for
assulting me and getting paid with sexual favers, with money and drugs. I
nt to likesburry, mo in Nov. 18, 2013 at which at my sisters I has feed
tuff to knock me out and cut right up from my rectom to pub + devices
inside me at which a score where I was cutt will show and x-rays to. At
hich Will explain why I'm being "Raped" and Stink to try and make me gay.
Supposedly they my uncles, Michael Thomason, Angel Burkhart, Seals her husband
and kids along with a Clarde Patton Gilbert (Joe) uncle has told these people
to do this cause they have said I raped a 14 year old girl from Cleburn
cauny at which I'm pressing charges on. Please help.

S. Lavin

[signature]

Plus my daughter Melandy Buckner Stidham, Jeremy Stidham
Roger Garcia (Rogue Garcia) Tony Garcia and wife.

people I just recently found out involved
Jason Dye, Barnes, M. Evans, M. mayans
and they told all 10 barracks plus have a fack
letter going around saying this crap to try and
st proph to jump me I know who has letter

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _North Central_

Name _Roger Buckner_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

ADC# _600000_   Brks # _ISo_   Job Assignment _____

_✓_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _yes_   _If yes, circle one:_ (medical) or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I have on seve[ral] occasion's wrote medical here and at Cummins since January 30, 2014 cause of a serious medical problem I have been have since April 2013. I have a knw suite on Washington County cause they wouldn't do anything to help me with this. I have bled in stool's and I spitt blood up. I was told in Dec. 30, 2013 I have a bad like substance with skin growing over it in my rectom, area that is making my stink and feel like I am being raped. I have begged for help but No one will help me cause of a of issues trying to make my homosexual. I just want this took out or have find a solution to stop it. If there is this box like substance or some thing els that's been put inside of me I do know who did it and I'm pressing charges on them and it's plan of people. Please help me my family sister I brothers-in-law plus family is a big part of this. They have done this to try and tell people I am gay and crazy._

_Didn't Get This Re Solved_

_Roger Buch #600000_   _4-17-14_
Inmate Signature                 Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _4-17-14_ (date), and determined to be ~~Step One~~ and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _medical_ (Yes or No). If yes, name of the person in that department receiving this form: _Mandy Fenith_   Date _4-17-14_

_Sgt Fred Green_   _7374K_   _[signature]_   _4-17-14_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _MR. BUCKNER: I HAVE SPOKEN WITH YOU IN THE COMPANY OF MS MEAD. I WILL HAVE AN XRAY PERFORMED THIS WEEKEND AND REFER YOU TO OUR A. PN TO DISCUSS THIS WITH YOU. I AM ALSO GOING TO ASK MS MEAD TO WORK WITH YOU. 14/ Green   4-18-14_
Staff Signature & Date Returned _[signature]_ _on 4/18/14_ Signature & Date Received

This form was received on _✓/_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No). Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# MEDICAL DEPARTMENT
# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

OFFENDER NAME: Bucknor, Roger

ADC#: 600000         BARRACKS#: 8  ISO

This is to inform you that we have received the results of the diagnostic test procedure preformed on 4-19-14 . **XRAY**

1. _____ Based on the results of your test procedure, you will be scheduled for a follow-up with the physician or mid-level provider within _____.Please check the daily Lay-in List for this appointment.

2. _✓_ Based on the results of your test procedure there is no clinical need for a follow-up at this time. To discuss your test results with a member of our heath care staff, you may request to do so by submitting a "SICK CALL" Request or Request for Interview with the Heath Service Administrator.

Neither the follow-up in item 1. or a request initiated by you for item 2. will result in a co-pay fee.

_Michelle_

Signature of Physician or Midlevel Provider

4/21/14

Date of Signature

Copy to Offender
Copy to Offenders Medical Records



# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grievance step but should be used before filing an Informal Grievance

| Inmate Name: *Roger Buckner* | ADC# *600000* | Date: *4-18-14* |
|---|---|---|

| Barracks: *ISO Cell 19* | Assignment: |
|---|---|

| Staff Member: *Medical* | Department: *Medical* |
|---|---|

I have a request concerning the following areas (Check One)

- [ ] Business Manager
- [ ] Hobby Craft
- [x] Medical / Dental
- [ ] School
- [ ] Chaplain
- [ ] Laundry / Property
- [ ] Mental Health
- [ ] Telephones
- [ ] Classification
- [ ] Library / Law Library
- [ ] Parole
- [ ] Visitation
- [ ] Commissary
- [ ] Mail Room
- [ ] Records
- [ ] Other: _____

Detailed reason for request: *I would like for my medical class to be looked at and changed since I have MRI's from 2006 pluse I have hospital papers saying I have a 1 cm thet in right hip out of the femine neck plus I have right knee problems but and I still don't have glasses to see. Please look at this: also have right arm bone chip thet needs repl MRI's from 2006 I got here show I am telling the truth*

Have you talked to any staff member about this request?  [ ] Yes   [x] No

Whom: _____

Inmate Signature: *Roger Buckner #600000*

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

**You may submit a sick call request form for this issue.**

Staff Signature: *Brenda Zanutta, HSA  4/21/14*

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

Staff Signature: _____

# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grienance step but should be used beofre filing an Informal Grievance.

| | |
|---|---|
| Inmate Name: _Regn Buckner_ | ADC#: _Coooo_ Date: _5-1-14_ |
| Barracks: | Assignment: |
| Staff Member: _Warden White_ | Department: _Warden_ |

I have a request concerning the following aeas (Check One):

- [ ] Business Manager
- [x] Hobby Craft
- [ ] Medical / Dental
- [ ] School
- [ ] Chaplain
- [ ] Laundry / Property
- [ ] Mental Health
- [ ] Telephones
- [ ] Classification
- [ ] Library
- [ ] Parole
- [ ] Visitation
- [ ] Commissary
- [ ] Mail Room
- [ ] Records
- [x] Other: _Warden_

RECEIVED MAY 0 2 2014

Detailed reason for request: _This is what you wanted me to explain I can still you more but I feel like thats snitching but if you really are going to try and help me I will tell you._

Have you talked to any staff member about this request? [x] Yes   [ ] No

Whom: _Warden White_

Inmate Signature: _Regn Buckner #Coooo_

### DO NOT WRITE BELOW THIS LINE

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _5-2-14_

I have reviewed your request and my findings are as follows: _Do so. Just fold it up tight and send it_

Staff Signature: ✳ _Copy David Brewer class._ _____

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

_____

_____

Staff Signature: _____

_This is where I wrote Warden White at Calico Rock Concerning medical issues) etc._

To: Warden White   May 1, 2014

(30)

P.S. I have prove that they ~~were~~ knocked me out and put stuff in my intestints, buttocks, and between my skin and grown even to make me shrink etc. I take a shower 5 mins later I shrink like poop and I feel like I'm being "Raped" Plus P.S for the last 1 yr and 5 months I have been pooping blood, peeing blood and spitting blood up but they take a stomach xray that shows I'm full of poop supposedly but my stools are soft and I have diarrhea. No one is happy are sad that medical issue took care of so I'm thinking about writing the State Medical Board and State board of nurses in Little Rock. I'm dying cause of this, H.M. I just found out that I've had Hep C since 2010 at which Department of Corrections just told me that at Cummins in February. Please Help me with this, I've even been told since January 30, 2014 I'm scheduled to go see eye doctor cause I have really bad vision that gives me headaches still haven't done it 3 months later. I have wrote grievances and several requests on this but still nothings. I was just found positive for blood in my stools but nothings being done except giving me the same meds I've been taking for over a year now but still have blood in my stools, spitting blood up and blood in pee don't make sense. This is all over this girl I'm going to jail in Hot Springs, AR along with Wendy, Timmy, Michael, Laura lost 3 yr old child for smoking meth white cop passed them driving. Brian, Chris, Paula etc. This people also went to the Revenue Office in Hot Springs, AR and got my I.D or D.L. re-issued in late Nov. or Dec. at which if you will look in my prison jacket I have the original I.D. card issued to me along with my Social Security Card. I think it's sad that people want to destroy ~~some~~ me cause they can't stand up and take the blame for these ~~each~~ stuff. Instead they beat on, whore and force them to prostitute so which thats what this is also about. Don't accuse some one of a charge(s) like this if its not true these are very serious offense that can get a person killed in prison so which you already know this. As I have in past stabbed people over. I just want to do my ~~30~~ 20 months be done with no more time.

If Sent to another unit for A-Seg could you please inform them on this cause this is ... "got you" ... this his been on the unit. Please. I will not go to stop this some how. Thank you!

70. Warden (White) May 1, 2019

(7)

My name is Roger Buckner ADC Comm. I just talked to you and the Classification Committe and you told me to explain what is going on. I have some people including my family that has stocked me some since 2000 others since 2007 etc. This girl is trying to say along with her family that I raped her gave her and her body HIV. Which is a 1st this girls Sisters was beating on her to force her to have 3 somes etc. With her and her husband. Then her Cousin and half brother forced her into having Sex with them in this same process this girls step dad had a guy working for him that lived in a trailer on his land that also forced or presured this girl into having Sex with him as well. When this girl got pregnate in steed of blaming the right person for it I am being blamed of which I havent done nothing with this girl. So I've asked for an DNA test since 2010 when I first noticed that I was being stockred. They won't give me an DNA test cause the baby belongs to her brother n law, cousin, half brother etc. These people are from Cleburne County Close by Heber Springs. Also the american guy started stocking me in 2000 cause this 1 mexican guy Sign his welfair okt. to my Soon to be ex wife that I've only seen twice since 2000. My ex wife I guess told him that I destroyed his welfair and left him in jail which is a lie but then I also done her time and mine on Some Credit Cards that she bribed her Uncle with Sex to allow us to get Credit Cards in his name but let him to allow us to be purchases to. Then the other half mexican or indian guy went to prison for Raping an 80 yr. old women. But I had this guy that owned a Store in Fayetteville that's queeres then the town of Sanfrancisco. I had no where to go so in 2001 I believe these people stocked me to his house. Then in 2007 I just spent a good Stormch here to Calico Rock when I whooped the 2 homosexuels. I got out went to this guys house one its was thanksgiving night I started working for this Hotel, kittchen and night club. I made 300 Cash

This is the rest of letter not used unless need to in my civil case showing my medical rights etc. am being broke

plus god paid hourly I worked I believe 14 to 16 hours. I was really his spare bed room at the other end of the house. I got in he was asleep I went and took a shower and went to bed I thought I locked my door when I went in but I was woke up by this guy licked and my penis in his mouth I flipped out I yelled screamed him and others ran out of the room the people that was filming it. I moved out of his house and stayed on meth So I wouldn't have to deal with it. Now I have a couple letters from him that will prove my sister & her family is trying to make me queer so she can get paid. Hell she is living in this guys mens tran just so they could try and set me up that's the only reason my sister got this trailer and I have proof of it as well. I am filing charges on this guy for what he did it makes me sick to my stomach crush of it. I'm just waiting on my papers to come back from the Law-Library So I can send them out. I have proved in 2 different times they got I.D.'s of D.L. in my name and changed my birth day to May 26 and of May 22. They with the help of my little sister has stolen my Diplomas, Parole release papers, 4 or 5 birth certificates one my middle name is spelled Joespel and 4 to 5 Social Security cards that they have altered to put different birth dates on them Copied Social Security card to change the numbers of them in order to impersonate me and the Void prosecution. I have in NCIC arrest papers from last year Aug 2, 2013 that show's Alias names these people say using and a bogus Social Security number. I am trying to get copies of it now in the Law-Library Supervisor's office along with the letters going to the prosecuting Attorney's office's. This people and my family is telling every body I'm "GAY", "Rape'd and gave this 14 yr. old girl a child plus HIV. along with my Step daughter Miranda. Plus the follow me everywhere on the internet so they can see if there is people they know at that unit cause my Uncle is over or

was on Work Release so Nearly Wkds food in Springdale,AR
So he know's alot of other convicts stay with my sister-in-law
his brothers, cousins, nephews and friends that are in prison or known
people in prison. Plus my sister knows alot of black people that
has relatives in prison along with my cousin and this girls family
has been to prison a few times one of them for "Rape" Plus
my soon to be ex wife has been in and out of prison along
with her cousins & Uncle's. And Since I came back to the hole
on 9-4-14 there has been 3 people I I know are that had
the letter that this group or my family wrote could have been
my own Step Son not sure though but yelled out the fact that
I have a rape charge me that I gave this girl & child H.I.V.
Plus Suppose to have or be an homasexual and that there is money
on my head & jew Cause this girl got her nose broke by her
brothers Jimmy or Jessy or Roger, Chris or Brian or Randall. There
is one guy that has seen the letter, and several people just like
at Cummins, McPherson now here and Washington County Jail that
is related or involved with these people. I've been stocked
from Texas to Arizona to Hot Springs,AR. Matter Fact if you'll
look up the arrest papers from Hot Springs,AR Garland County
from Nov 1, 2012 to Nov 18, 2012 I can give you just some of
the names and where there from that got arrested with a David
Payne for assaulting me at which he was paid in drugs, sex and
a little money along with his friend John & Tim. As I said there
is a letter that's being passed around the population that an inmate
personaly told me he seen it and the guy tryed to tell him all kinds
of stuff about me and also told him that is a bounty on my nose!
jew. I'm suppose to ask for a "Cessy" so which I don't know
a "Cessy" don't make Since, THO IS a short version of so I can tell
you more if need be. I am willing to take a polygraph test of
this as well,

Roger Buckner #600000 ISo #19

( 3 )

# MEDICAL DEPARTMENT
# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

) 9

OFFENDER NAME: Buckner
ADC#: 600000          BARRACK#: 180/19

This is to inform you that we have received the results of the diagnostic test procedure preformed on 5/9/14 . <u>Lab</u>

1. _____ Based on the results of your test procedure, you will be scheduled for a follow-up with the physician or mid-level provider within_____. Please check the daily Lay-in List for this appointment.

2. __✓__ Based on the results of your test procedure there is no clinical need for a follow-up at this time. To discuss your test results with a member of our heath care staff, you may request to do so by submitting a "SICK CALL" Request or Request for Interview with the Heath Service Administrator.

Neither the follow-up in item 1. or a request initiated by you for item 2. will result in a co-pay fee.

_____ Kolaw APN
Signature of Physician or Midlevel Provider

_____5/13/14_____
Date of Signature

Copy to Offender
Copy to Offenders Medical Records

BARRACK#:_____

*Blood in Stools (Op) & Spinal/Risk HIV Exposure*

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _North Central_

Name _Beark Buckner_

ADC# _Gassss_ Brks # _I50_ Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # |
| Date Received: |
| GRV. Code #: |

___✓___ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _yes_ *If yes, circle one:  medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I have had blood now in my stools that medical b/8 pair of I bir plair by a ovin a ? withgand times that his Sin, Me spitting blood they will 2 different C.O.s, they C.O. C.m. Set, nurse and mental health they comes to my cell# 19 in Isolation Su tell you that my cell Sid I stay stining like "poop" cause of this den after I just get out of the shower. There's more poop on den me having a lot of poo si body Se? to me by APN Mr. Rotter and Ms. theder. Now I've been doing this for over a year with stinking bloody stool being Sa? up and 1st night when I pees in a cup was looked like 4 trica of blood in it as well. Can I legde get the medical treatment I need a a child molester or Repist Sentthy better medical treatment then I am, I feel It's like seeing and knowing whats going on and still looking it crd Sme child that his HIV blood that had follerd me for over 3 yrs help me I feel like I'm dieing I don't ever_

_Beark Buckner #Gassss_            _5-13-14_ _have HIV so he....._

Inmate Signature                                    Date             _..... something I don't have_

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _5-13-14_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _YES_ (Yes or No). If yes, name of the person in that department receiving this form: _MR. FERRETT_ Date _5-13-14_

PRINT STAFF NAME (PROBLEM SOLVER): _SGT C.SMM_ ID Number _44189_ Staff Signature _____ Date Received _____

Describe action taken to resolve complaint, including dates: _Mr Buckner, I have Reviewed your Medical Record And Find The Following: ON 4/19/2014, AN Abdomenal Xray (KUB) WAS PERFORMED IN RESPONSE TO YOUR ASSERTIONS THAT "A BOX-LIKE SUBSTANCE" HAD BEEN FORCABLY PLACED UP YOUR RECTUM BY FAMILY MEMBERS. THE X-RAY REVEALED ONLY A LARGE AMOUNT OF STOOL. PAST BLOOD TESTS ARE NOT CONSISTENT WITH INDICATIVE OF BLOOD LOSS. STAFF WILL ASK YOUR ASSISTANCE TO COLLECT STOOL & URINE SAMPLES TO TEST._ _Sgt ___ 5-14-14_

Staff Signature & Date Returned _____ _5/14_ Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# Inmate Request Form
## North Central Unit




This form is to be used by inmates contacting staff with requests on issues. This form is not a grienance step but should be used beofre filing an Informal Grievance.

| | | |
|---|---|---|
| Inmate Name: Roger Buckner | ADC#: 600000 | Date: 5-15-14 |
| Barracks: Iso #9 | Assignment: A-seg | |
| Staff Member: Warden White | Department: Warden | |

I have a request concerning the following aeas (Check One):

RECEIVED MAY 16 2014

- [ ] Business Manager
- [ ] Chaplain
- [ ] Classification
- [ ] Commissary
- [ ] Hobby Craft
- [ ] Laundry / Property
- [ ] Library
- [ ] Mail Room
- [ ] Medical / Dental
- [ ] Mental Health
- [ ] Parole
- [ ] Records
- [ ] School
- [ ] Telephones
- [ ] Visitation
- [x] Other: Warden

Detailed reason for request: I have an issue that I really need to talk to you about that I believe will prove that I have died of people that's starting to get involved with this cause of this cn that says I supposedly Regardless on I gave her and daughter H.I.V.

Have you talked to any staff member about this request? [ ] Yes [ ] No Which I do.

Whom: _____ member H.I.V. and get prove

Inmate Signature: _____ off. I got told to ask for a

"CASSY" and the Whole Prison know

━━━ DO NOT WRITE BELOW THIS LINE ━━━

I am referring this request to: Karen

Referring Staff Member Signature: _____ Date: 5-19-14

I have reviewed your request and my findings are as follows: You're transfering Ad. Seg. to another Unit. We don't house ad seg. inmates who threaten

Staff Signature: Staff.

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

_____

_____

Staff Signature: _____

Where Warden White knew what was going on but refused to do anything about it or even talk to me

*Attclid Are Medical Records From Free World Hospit,l*

# Inmate Request Form
## North Central Unit

(29)

This form is to be used by inmates contacting staff with requests on issues. This form is not a grienance step but should be used beofre filing an Informal Grievance.

| | | |
|---|---|---|
| Inmate Name: *Roger Buckner* | ADC#: *60000* | Date: *5-22-14* |
| Barracks: *Iso #9* | Assignment: *A-Seg (I)* | |
| Staff Member: *Mr. Ferretti Medical* | Department: *Medical* | |

I have a request concerning the following aeas (Check One):

- [ ] Business Manager
- [ ] Hobby Craft
- [✓] Medical / Dental
- [ ] School
- [ ] Chaplain
- [ ] Laundry / Property
- [ ] Mental Health
- [ ] Telephones
- [ ] Classifcation
- [ ] Library
- [ ] Parole
- [ ] Visitation
- [ ] Commissary
- [ ] Mail Room
- [ ] Records
- [ ] Other: _____

Detailed reason for request: *Sir! I would like to have an interview with you cause I MRI's done at this Unit in 2006 that shows I have degental disc disease. C5-C6 + C6 C7 plus I have a Botts cyst that messed up on Right arm. I also have a messed up right knee and right hip. I have offical Hospital papers showing these thing as well as the MRI's I*

Have you talked to any staff member about this request? [✓] Yes   [ ] No *2006. I am tryin to get medical Class Change.*

Whom: *Dr. Bishop*   *Mr. Bishop hisn't dom anything. If*

Inmate Signature: *Roger Buckner #60000*   *I have to I'll write medical Director*

*Please Send Medical Papers back Thank You*   *will Directly over the person plus the*

~~DO NOT WRITE BELOW THIS LINE~~   *get my medical Class Changed Thank You*

I am referring this request to: _____

Referring Staff Member Signature: _____  Date: _____

I have reviewed your request and my findings are as follows: *These have been copied and added to your medical Jacket*

Staff Signature: *M. Turner MRC* _____

I am referring this request to: _____

Referring Staff Member Signature: _____  Date: _____

I have reviewed your request and my findings are as follows: _____

_____

_____

Staff Signature: _____

Northwest Medical Center, Pt.: Roger J. Buckner, MRN: 0000014096, Acct.: 1314400331, for:DSmith, Pg. 9/13 Copy of electronic orig.



Northwest Medical Center Springdale
609 West Maple Ave., Springdale, AR 72764
479-751-5711
Patient: BUCKNER, ROGER  DOB: 5/24/1973  Patient #: 96879  MRN: 65754  Date In: 05/24/2013
Discharge Instructions

## Illness/Injury & Medicine Topics

DEGENERATIVE JOINT DISEASE (DJD) (English)
LOW BACK PAIN (English)
MUSCLE SPASMS (English)
SCIATICA (English)
SMOKING CESSATION (English)
CYCLOBENZAPRINE (English)
PERCOCET (oxycodone/acetaminophen) (English)
PREDNISONE (English)
SUNBURN (English)

Referred to:

AHEC Springdale
Phone:(479)750-6585
601 w. Maple st, Ste: 102, Springdale

Community Clinic
Phone:(479)751-7417
601 West Maple Avenue Suite 512 and 707
Springdale, AR 72764

Standefer, James M.
Phone:(479)521-0900
5501 Willow Creek Dr Suite 203
Springdale, AR

```
NMCW          EN2  1100-B
  A13144-00331  MR# A0000014096
BUCKNER, ROGER J
SEX:M        DOB: 05/24/73 40Y
ADM: 05/24/13
Dt:_____Time:_____Init:____
```

Follow up in 5 days

Your emergency care provider today was: **GARIBALDI, BYRON T.**

### Acknowledgement

I have received and I understand the instructions as described above.

Patient Name: **BUCKNER, ROGER J**                    MRN: 000363475          Admission#: 132630C338

---

## Diagnostic Radiology

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 9/20/2013 13:35 CDT | XR Spine Thoracic 3 Views | SPENCER, STEVEN , M.D. | 13-263-1226 |

**Report**
THORACIC SPINE

DATE: 09/20/2013

DISCUSSION: Three views were obtained. There is mild scoliosis. Visualized thoracic pedicles are intact. The thoracic vertebral bodies reveal normal height and alignment. Intervertebral disc spaces are preserved.

IMPRESSION:
1.       NO ACUTE COMPRESSION OR SUBLUXATION.
2        MILD SCOLIOSIS.

***** Final *****

*Dictated By: WETSELL, BARRY, MD*
*09/20/13 15:20*

*Transcribed By: HDD*
*09/20/13 15:50*

*Electronically Reviewed/ Electronically Signed By: WETSELL, BARRY , MD*
*09/21/13 14:21*

---

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 9/20/2013 13:35 CDT | XR Spine Lumbosacral 2 Or 3 Views | SPENCER, STEVEN , M.D. | 13-263-1227 |

**Reason For Exam**
(XR Spine Lumbosacral 2 Or 3 Views) fall lbp;fall lbp

---

Patient Name: **BUCKNER, ROGER J**                MRN: 000363475          Admission#: 110840C229

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                                   *Computed Tomography*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 3/25/2011 11:18 CDT | CT Spine Cervical w/o Contrast | TUTT,RICHARD D,M.D | 11-084-0788 |

**Reason For Exam**
(CT Spine Cervical w/o Contrast) (+)LOC post MCA;(+)LOC post MCA·

**Report**
CT OF THE CERVICAL SPINE WITHOUT CONTRAST

DATE: 03/25/11

COMPARISON: None.

HISTORY: Positive loss of consciousness post motorcycle accident.

TECHNIQUE: Serial 2.0 mm axial images were obtained through the cervical spine without intravenous contrast

FINDINGS: The cervical spine shows normal anatomic alignment with preserved vertebral body heights. There is moderate degenerative disc space narrowing and endplate irregularity at C5-6 and C6-7. Marginal osteophytes are present most prominent along the right side. These result in moderate to severe exit foraminal narrowing along the right side at C5-6 and C6-7. Posterior disc osteophyte complexes at the C5-6 and C6-7 level result in mild to moderate central canal stenosis. There is no prevertebral soft tissue swelling. Craniocervical junction appears unremarkable. Skull base appears intact. The odontoid is normal and the lateral masses of C1 and C2 are well aligned. Included lung apices are clear.

IMPRESSION:

1.      NO ACUTE FRACTURE OR SUBLUXATION OF THE CERVICAL SPINE.

2       MODERATE CERVICAL SPONDYLOSIS, MOST PRONOUNCED AT C5-6 AND C6-7 WITH POSTERIOR DISC OSTEOPHYTE COMPLEXES, UNCOVERTEBRAL OSTEOPHYTES, AND FACET HYPERTROPHY RESULTING IN MILD TO MODERATE CENTRAL CANAL STENOSIS AND RIGHT GREATER THAN LEFT FORAMINAL NARROWING AS DETAILED ABOVE.

***** *Final* *****

*Dictated By: PANEK, RALPH , MD*
*03/25/11 11:33*

*Transcribed By: SLM*
*03/25/11 13:11*

*Electronically Reviewed/ Electronically Signed By: PANEK, RALPH , MD*
*03/25/11 16:40*

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 3/25/2011 11:11 CDT | CT Head or Brain w/o Contrast TUTT,RICHARD D,M.D. | | 1'-084-0789 |

**Reason For Exam**
(CT Head or Brain w/o Contrast) (+)LOC post MCA;(+)LOC post MCA

| Patient Name: | **BUCKNER, ROGER J** | | | Patient Type: | Emergency Room (ERW) |
|---|---|---|---|---|---|
| Admit / Discharge: 3/25/2011 | - 3/25/2011 | | | Repor: Request ID: | 69966705 |
| Print Date / Time: 3/31/2014 09:44 CDT | | Page 36 of 42 | | OPI: | 1361090 |

**Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703**

Northwest Medical Center, Pt.: Roger J. Buckner, MRN: 0000014096, Acct.: 1108500180, for:DSmith, Pg. 12/22 Copy of electronic orig.



NW Med Center of Wash Co
609 West Maple Avenue-Springdale,Arkansas 72764

### RADIOLOGY REPORT

| | |
|---|---|
| PATIENT: BUCKNER, ROGER J | EXAM DATE: 03/26/11 2220 |
| DOB: 05/24/73     Age: 37Y     Sex: M | MED REC #: 0000014096 |
| ADMITTING: BEAM, DAVID C | Account # 1108500180 |
| ORDERING:     BEAM, DAVID C | LOC: DIS - EDN |
| 609 W MAPLE | PT TYPE: EDN |
| SPRINGDALE | |
| | D/C: 03/27/2011 |

Chk-in #    Order    Exam
1332304     0001     30024   CT CERVICAL SPINE W/O CONTRAST
                             Ord Diag: MVC

PROCEDURE:  CT Cervical Spine Axial With Sagittal And Coronal
Reformatted Imaging.

DATE: March 26, 2011

HISTORY: Scooter accident with multisystem trauma.

FINDINGS: CT is performed from the base of skull through level of T1.
There is no evidence for acute traumatic change.

Sagittal and coronal reformatted imaging confirmed good alignment of the
vertebral bodies. There is early degenerative disc narrowing seen at the
levels of C5-C6 and C6-C7 with uncovertebral spur formation.

IMPRESSION: No evidence for acute traumatic change.

These findings were called to the emergency room at time of dictation at
2330 hours on March 26, 2011.

     Transcriptionist- TRISHA A OBRIEN Rapatrans, Transcriptionist
     Reading Radiologist- DALE E JOHNSTON, MD
     Releasing Radiologist- DALE E JOHNSTON, MD
     Released Date Time- 03/27/11 0800
-------------------------------------------------------------------------

FINAL                                                         Page :1

Patient Name: **BUCKNER, ROGER J**          MRN: 000363475          Admission#: 11084OC229

## Emergency Documentation

```
        Discharged:    03/25/2011
        Client:        Washington Regional Medical Center
        Attending:     UNASSIGNED , MD , M.D.
        Admitting:     UNASSIGNED , MD , M.D.
        Printed:       03/25/2011  16:42
                                    CT Scan
        Exam Date    Exam                    Ordering Physician
Accession Number
        03/25/2011   CT Spine Cervical w/o   TUTT, RICHARD D,
11-084-0788
        11:18 CDT    Contrast                    M.D.
                                    Reason for Exam
        (+)LOC post MCA; (+)LOC post MCA
                                    Report
        CT OF THE CERVICAL SPINE WITHOUT CONTRAST
        DATE:  03/25/11
        COMPARISON:  None.
        HISTORY:  Positive loss of consciousness post motorcycle
accident.
        TECHNIQUE:    Serial 2.0 mm axial images were obtained through
the cervical
        spine without intravenous contrast.
        FINDINGS:  The cervical spine shows normal anatomic alignment
with
        preserved vertebral body heights.  There is moderate
degenerative disc
        space narrowing and endplate irregularity at C5-6 and C6-7.
Marginal
        osteophytes are present most prominent along the right side.
These result
        in moderate to severe exit foraminal narrowing along the right
side at C5-6
        and C6-7.  Posterior disc osteophyte complexes at the C5-6 and
C6-7 level
        result in mild to moderate central canal stenosis.  There is no
        prevertebral soft tissue swelling.  Craniocervical junction
appears
        unremarkable.  Skull base appears intact.  The odontoid is
normal and the
        lateral masses of C1 and C2 are well aligned.  Included lung
apices are
        clear.
        IMPRESSION:
        1.    NO ACUTE FRACTURE OR SUBLUXATION OF THE CERVICAL SPINE.
        2.    MODERATE CERVICAL SPONDYLOSIS, MOST PRONOUNCED AT C5-6 AND
C6-7 WITH
        POSTERIOR DISC OSTEOPHYTE COMPLEXES, UNCOVERTEBRAL OSTEOPHYTES,
AND FACET
        Washington Regional Medical Center
```

Patient Name: **BUCKNER, ROGER J**     (34)     MRN: 000363475     Admission#: 132630C338

## *Diagnostic Radiology*

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 9/20/2013 13:35 CDT | XR Spine Lumbosacral 2 Or 3 Views | SPENCER,STEVEN ,M.D. | 13-263-1227 |

**Report**
LUMBAR SPINE, THREE VIEWS


DATE:  09/20/2013

DISCUSSION:  The pedicles appear intact.  The transverse processes are unremarkable.  No acute compression or subluxation.  The intervertebral disc spaces are preserved.  Osteophytes noted.

IMPRESSION:
1.        NO ACUTE COMPRESSION, DEFORMITY OR SUBLUXATION.
2        LUMBAR SPONDYLOSIS.

***** *Final* *****

*Dictated By: WETSELL, BARRY , MD*
*09/20/13 15:19*

*Transcribed By: NM*
*09/20/13 15:51*

*Electronically Reviewed/ Electronically Signed By: WETSELL, BARRY , MD*
*09/21/13 14:21*

| Patient Name: | **BUCKNER, ROGER J** | | Patient Type: | Emergency Room (ERW) |
|---|---|---|---|---|
| Admit / Discharge: 9/20/2013 | – 9/20/2013 | | Repor: Request ID: | 69966699 |
| Print Date / Time: 3/31/2014 09:45 CDT | | Page 19 of 23 | OPI: | 1361090 |

**Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703**

Patient Name: **BUCKNER, ROGER J**          MRN: 000363475          Admission#: 110840C229

```
╔══════════════════════════════════════════════════════════════════════╗
                          Emergency Documentation
╚══════════════════════════════════════════════════════════════════════╝
```

            3215 N. North Hills Blvd
            Fayetteville, Arkansas  72703
            Phone: 479-463-5308
            Patient Name:  BUCKNER, ROGER J
            MRN:           000363475
            Admission #:   1108400229
            DOB/Age/Sex:                    אzs                    Male
            Admit Date:    03/25/2011
            Discharged:    03/25/2011
            Client:        Washington Regional Medical Center
            Attending:     UNASSIGNED , MD , M.D.
            Admitting:     UNASSIGNED , MD , M.D.
            Printed:       03/25/2011  16:42
                                          CT Scan
        Exam Date    Exam                   Ordering Physician
    Accession Number
        03/25/2011   CT Spine Cervical w/o    TUTT, RICHARD D,
    11-084-0788
        11:18 CDT    Contrast               M.D.
        HYPERTROPHY RESULTING IN MILD TO MODERATE CENTRAL CANAL STENOSIS
    AND RIGHT
        GREATER THAN LEFT FORAMINAL NARROWING AS DETAILED ABOVE.
        ***** Final *****
        Dictated By: PANEK, RALPH , MD
        03/25/11 11:33
        Transcribed By:  SLM
        03/25/11 13:11
        Electronically Reviewed/ Electronically Signed By:  PANEK, RALPH
    , MD
        03/25/11 16:40 . (Thu Mar 31, 2011 08:41 TUTT)
    XR Ankle Complete Left Observe Date: Fri Mar 25, 2011 11:30,
       RADRPT      Washington Regional Medical Center
            3215 N. North Hills Blvd
            Fayetteville, Arkansas  72703
            Phone: 479-463-5308
            Patient Name:  BUCKNER, ROGER J
            MRN:           000363475
            Admission #:   1108400229
            DOB/Age/Sex:                    years                  Male
            Admit Date:    03/25/2011
            Discharged:    03/25/2011
            Client:        Washington Regional Medical Center
            Attending:     UNASSIGNED , MD , M.D.
            Admitting:     UNASSIGNED , MD , M.D.
            Printed:       03/25/2011  17:05
                                          Radiology
        Exam Date    Exam                   Ordering Physician
    Accession Number
        03/25/2011   XR Ankle Complete Left   TUTT, RICHARD D,
```

---

| Patient Name: | **BUCKNER, ROGER J** | | Patient Type: | Emergency Room (ERW) |
|---|---|---|---|---|
| Admit / Discharge: | 3/25/2011 | - 3/25/2011 | Report Request ID: | 69986705 |
| Print Date / Time: | 3/31/2014 09:44 CDT | Page 9 of 42 | OPI: | 1361090 |

Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703

Northwest Medical Center, Pt.: Roger J. Buckner, MRN: 0000014096, Acct.: 1314400331, for:DSmith, Pg. 5/13 Copy of electronic or'g.



**Northwest Medical Center Springdale**
609 West Maple Ave., Springdale, AR 72764
479-751-5711
Patient: BUCKNER, ROGER   DOB: 5/24/1973   Patient #: 96879   MRN: 68754   Date In: 5/24/2013

**Psychiatric:** Alert and oriented to person, place and time with normal affect.

**Lymphatic:** No palpable lymphadenopathy.

**Genitourinary:** Deferred.

## DIAGNOSTIC TEST RESULTS: BG0 05/24/2013 15:32

| Pulse Oximetry | | | |
|---|---|---|---|
| FiO2: | room air | O2 Saturation: | 98 % |
| Interpretation: | Interpretation: Normal. | | |

## CLINICAL IMPRESSION: BG0 05/24/2013 15:30

1. Acute Sciatica
2. Chronic Low Back Pain
3. Acute Muscular Spasm
4. Degenerative Disc Disease
5. 1ST DEGREE SUNBURN TO ARMS AND BACK.

```
NMCW                          EN2  1100-B
  A13144-00331       MR# A0000014096
BUCKNER,ROGER J
SEX:M             DOB: 05/24/73 40Y
ADM: 05/24/13
Dt:_____Time:_____Init:____
```

## DISPOSITION: BG0 05/24/2013 15:31

Disposition: Patient discharged to home.

Condition: Stable.

Certified Med Emerg: Patient's condition was non-emergent. Disposition date/time: 05/24/2013 15:31. Discussed care with patient. Explained findings, diagnosis, and need for follow-up care.

## INSTRUCTIONS: BG0 05/24/2013 15:31

Patient has received printed discharge instructions. Discharge plans discussed with patient who verbalizes understanding and willingness to comply. Prescription(s) written for:

Acetaminophen/Oxycodone 325 mg/5 mg: 1(one) - 2(two) by mouth every 6 (six) hours as needed for pain ; Quantity: 20 (twenty) ; Refills: 0(zero) || Cyclobenzaprine 10 mg: 1 (one) by mouth three times a day as needed for muscular pain, spasm ; Quantity: 15 (fifteen) ; Refills: 1(one) || Prednisone 20 mg: 2 pills by mouth once daily for 5 days ; Quantity: 10 (ten) ; Refills: 0 (zero).

Patient agrees to follow up with AHEC Springdale

Community Clinic

Standefer, James M.. Instructed to obtain follow up care in five days.

## PHYSICIAN ORDERS

(1) IM Decadron 10 mg [BG0] ordered at 5/24/2013 15:29

BYRON T. GARIBALDI MD All text in this document clearly marked by BG0 has been authored and legally signed by use of electronic device. 05/24/2013 15:35

Patient Name:  **BUCKNER, ROGER J**     MRN: 000363475    Admission#:  1327000505

| *Diagnostic Radiology* |
|---|

EXAM DATE/TIME          PROCEDURE            ORDERING PROVIDER        ACCESSION
9/28/2013 00:10 CDT     XR Abdomen Ap        TURNER,SAMMY LEON,M.D. 13-270-2072

**Reason For Exam**
(XR Abdomen Ap) constipation;constipation

**Report**
SUPINE ABDOMEN


DATE:  09/27/2013

FINDINGS:  Nonspecific bowel gas pattern.    There is a moderate amount of retained fecal material throughout the colon.
Sigmoid colon appears redundant.

IMPRESSION:
MODERATE RETAINED FECAL MATERIAL THROUGHOUT THE COLON.

***** Final *****

*Dictated By: MOSS, MARK E, MD*
*09/28/13 08:37*

*Transcribed By: RAW*
*09/28/13 09:07*

*Electronically Reviewed/ Electronically Signed By:  MOSS, MARK E, MD*
*09/30/13 17:30*


Now, how Can this Stay like this from Free World hospital
and thru out this 11 months in Prison if there isn't Some
thing inside me then there is Something Very Wrong but
Nothing is being done. I also know that if there was "Fecal"
build up this long then I would be dead.

Northwest Medical Center, Pt.: Roger J. Buckner, MRN: 0000014096, Acct.: 1111800727, for:DSmith, Pg. 24/24 Copy of electronic orig.



NW Med Center of Wash Co
609 West Maple Avenue-Springdale,Arkansas 72764

RADIOLOGY REPORT

| | |
|---|---|
| PATIENT: BUCKNER,ROGER J | EXAM DATE: 04/28/11 1910 |
| DOB: 05/24/73   Age: 37Y   Sex: M | MED REC #: 0000014096 |
| ADMITTING: ARCHER,GRAEME C | Account # 1111800727 |
| ORDERING: ARCHER,GRAEME C | LOC: DIS - EDN |
| 2907 E. JOYCE BLVD. | PT TYPE: EDN |
| FAYETTEVILLE AR 72703 | |
| (479)521-8260 | D/C: 04/28/2011 |

```
Chk-in #   Order    Exam
1345045    0001     10122   XR PELVIS AP
                           Ord Diag: PAIN IN HIP
```

PROCEDURE:
AP Pelvis

DATE: 04/28/2011

CLINICAL HISTORY: Pain.

FINDINGS:
There is a 1 cm area of increased density within the right femoral neck,
which was present on a lumbar spine study dated May of 2008. No
fracture, dislocation, or pelvic ring disruption is identified.

IMPRESSION:
No evidence of an acute process.  If the patient has nighttime pain, CT
of the right hip may be of benefit to evaluate the right femoral neck
density.

    Transcriptionist- TRICIA R YIELDING RapTrans, Transcriptionist
    Reading Radiologist- DOUGLAS E ELLIOTT, MD
    Releasing Radiologist- DOUGLAS E ELLIOTT, MD
    Released Date Time- 04/29/11 1705
-----------------------------------------------------------------------

FINAL                                                       Page :1

---

*Emergency Documentation*

---

WASHINGTON REGIONAL MEDICAL CENTER
PRIMARY
HPI ABDOMINAL PAIN (Wed Oct 02, 2013 19:07 ST)
CHIEF COMPLAINT: Patient presents for evaluation of
       abdominal pain, presents for evaluation of abdominal
       distention, presents for evaluation of abdominal
       bloating. Patient presents for evaluation of no bm for
       days.
HISTORIAN: History provided by patient, Additional history
       obtained from police.
LOCATION MALE: No localizing symptoms.
QUALITY: Described as similar to previous episodes.
SEVERITY: Maximum severity of symptoms moderate,
       Currently symptoms are moderate.
TIME COURSE: Gradual onset of symptoms, There has
       been no change in the patient's symptoms over time.
ASSOCIATED WITH: No associated symptoms.
EXACERBATED BY: Patient's condition exacerbated by nothing.
RELIEVED BY: Patient's condition relieved by nothing.
KNOWN ALLERGIES
Allergy information confirmed
Ibuprofen: Reaction: Anaphylaxis, Severity: Severe, Source:
       Patient
Penicillin: Reaction: Anaphylaxis, Severity: Severe, Source:
       Patient
CURRENT MEDICATIONS (19:52 IJS)
Pt/pt rep denies taking any medications
PAST MEDICAL HISTORY
MEDICAL HISTORY:   2 Bulging discs in lower back after 50 ft
       fall March 2004, chronic back pain. herniated disc, deterioting
       spine. (19:52 IJS)
SURGICAL HISTORY:   jaw surgery, R knee arthroscopy.
       (19:52 IJS)
PSYCHIATRIC HISTORY: No previous psychiatric history, No
       previous psychiatric history. (19:52 IJS)
SOCIAL HISTORY: Patient is a former tobacco user,
       Patient denies alcohol use, Patient is a former drug use, abused
       cocaine, abused methamphetamines, Patient
       currently uses tobacco, Patient smokes cigarettes, Patient smokes 1/2
       packs per day, Patient has smoked for 30 years, Patient denies
       alcohol use, Patient denies drug use, Lives, currently in WC
       jail. (19:52 IJS)
NOTES: Nursing records reviewed, Agree with nursing records, Old
       chart reviewed, Medication list reviewed. (Sat Sep 28, 2013 01:10 ST)
ROS (Sat Sep 28, 2013 01:10 ST)
CONSTITUTIONAL: Negative constitutional review of systems.
EYES: Negative eye review of systems.
ENT: Negative ears, nose, throat review of systems.

---

| | | | | |
|---|---|---|---|---|
| Patient Name: | **BUCKNER, ROGER J** | | Patient Type: | Emergency Room (ERW) |
| Admit / Discharge: 9/27/2013 | - 9/28/2013 | | Report Request ID: 70244946 | |
| Print Date / Time: 4/18/2014 09:56 CDT | | Page 5 of 16 | OPI: | 1361090 |

**Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703**



Patient Name: **BUCKNER, ROGER J**          MRN: 000363475          Admission#: 1324200452

## Diagnostic Radiology

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 8/31/2013 01:34 CDT | XR Wrist min 3 Views Left | IRWIN,ROBERT A, M.D. | 13-243-0363 |

**Reason For Exam**
(XR Wrist min 3 Views Left) pain from fall;pain from fall

**Report**
FOUR VIEWS OF LEFT WRIST


DATE:   08/31/2013


HISTORY:   Fall.

FINDINGS:   Mild deformity of distal ulna is noted.  This appears chronic with scalloping of the latera and ventral cortex  No fracture or dislocation.  The carpal bones are well maintained.

IMPRESSION:
1.          NO FRACTURE OR DISLOCATION.
2          PROBABLE CHRONIC DEFORMITY OF DISTAL ULNA WITH SCALLOPING.
***** Final *****

*Dictated By: PARK, JONG S, MD*
*08/31/13 08:48*

*Transcribed By:  NM*
*08/31/13 09:35*

*Electronically Reviewed/ Electronically Signed By: PARK, JONG S, MD*
*08/31/13 10:30*

---

| EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | ACCESSION |
|---|---|---|---|
| 8/31/2013 01:34 CDT | XR Hand Complete Left | IRWIN,ROBERT A, M.D. | 13-243-0362 |

**Reason For Exam**
(XR Hand Complete Left) pain after fall in jail;pain after fall in jail

**Report**
THREE VIEWS OF LEFT HAND


DATE:   08/31/2013


HISTORY:   Fall and pain.

FINDINGS:   No fracture or dislocation.  No radiopaque foreign body.  No soft tissue swelling.

| Patient Name: | **BUCKNER, ROGER J** | | | Patient Type: | Emergency Room (ERW) |
|---|---|---|---|---|---|
| Admit / Discharge: 8/30/2013 | | - 8/31/2013 | | Repor: Request ID: | 69966700 |
| Print Date / Time:  3/31/2014 09:43 CDT | | | Page 12 of 16 | OPI: | 1361090 |

Washington Regional Medical Center 3215 N. North Hills Blvd. Fayetteville, AR 72703

Northwest Medical Center, Pt.: Roger J. Buckner, MRN: 0000014096, Acct.: 1108500180, for:DSmith, Pg. 14/22 Copy of electronic orig.

(32)

NW Med Center of Wash Co
609 West Maple Avenue-Springdale,Arkansas 72764

RADIOLOGY REPORT

| | |
|---|---|
| PATIENT: BUCKNER,ROGER J | EXAM DATE: 03/26/11 2223 |
| DOB: 05/24/73    Age: 37Y    Sex: M | MED REC #: 0000014096 |
| ADMITTING: BEAM,DAVID C | Account # 1108500180 |
| ORDERING:    BEAM,DAVID C | LOC: DIS - EDN |
| 609 W MAPLE | PT TYPE: EDN |
| SPRINGDALE | |
| | D/C: 03/27/2011 |

Checkin-Exam Code Summary
1332307-10079,1332308-10080,1332309-10096

Right Knee:
Question a small joint effusion, A fracture or dislocation is not seen.
Obvious arthritic disease is not appreciated.

IMPRESSION:
Question a small joint effusion which raises the possibility of an
internal derangement, but there is no evidence of fracture or
dislocation post MVC.

Transcriptionist- SHARON K LITTLE Rapatrans, Transcriptionist
Reading Radiologist- BARBARA A SANDEFUR, MD
Releasing Radiologist- BARBARA A SANDEFUR, MD
Released Date Time- 03/27/11 1653
---------------------------------------------------------------------

FINAL

Page : 2



Northwest Medical Center Springdale
609 West Maple Ave., Springdale AR 72764
479-751-5711
Patient: BUCKNER, ROGER  DOB: 5/24/1973  Patient #: A1111800727 MRN: 14096  Date in: 4/28/2011

## PHYSICAL EXAMINATION: GCA 04/28/2011 19:12
**General:** WD, well nourished and in NAD. Nursing documentation reviewed. Vital signs noted. Pulse Oximetry results noted.
**HEENT:** grossly nl
**Respiratory:** Respiratory effort is unlabored.
**Back:** ttp over R paraspinal muscles, and siatic notch
**Musculoskeletal/Extremity:** decreased rom of R knee 45-90 degrees, minimal rom of r hip secondary to pain, did not tolerate straight leg raise
**Skin:** abrasion to lateral side of R knee, healing
**Neurologic:** sensation intact in BLE, unable to tolerate patellar reflex testing

## DIAGNOSTIC TEST RESULTS: GCA 04/28/2011 19:14
**Radiology:**
**X-Ray:** Interpretation by Emergency Department provider. Right Hip -- No acute fracture. No dislocation. Pelvis -- Negative acute fracture noted. Lumbar Spine -- No acute fracture.

## ED COURSE AND TREATMENT: GCA 04/28/2011 19:57
**Procedures: Minor Procedures/Treatments:** Splinting: Immobilization device applied by emergency department nurse. Type of device: knee imobilizer. Evaluation and oversight: The EDP evaluated the splint post-application. Device is fit appropriately and alignment is preserved. Neurovascular exam remains intact. Crutches and crutch-training supplied.

## CLINICAL IMPRESSION: GCA 04/28/2011 19:14
1. Lumbar Strain
2. Arthralgia (suspect internal derangement of R knee)
3. siatica R

## DISPOSITION: GCA 04/28/2011 19:59
Disposition: Patient discharged to home.
Condition: Stable.
Certified Med Emerg: Patient's condition was emergent. Disposition date/time: 04/28/2011 19:59.
Discussed care with patient and family. Explained findings, diagnosis, and need for follow-up care.



# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grienance step but should be used beofre filing an Informal Grievance.

| Inmate Name: Roger Buckner | ADC#: 600000 | Date: 5-26-14 |
|---|---|---|
| Barracks: 250 #19 | Assignment: A-Seg (J) | |
| Staff Member: Mr. Ferretti Medical | Department: Medical | |

I have a request concerning the following aeas (Check One):

- [ ] Business Manager
- [ ] Chaplain
- [ ] Classification
- [ ] Commissary
- [ ] Hobby Craft
- [ ] Laundry / Property
- [ ] Library
- [ ] Mail Room
- [x] Medical / Dental
- [ ] Mental Health
- [ ] Parole
- [ ] Records
- [ ] School
- [ ] Telephones
- [ ] Visitation
- [ ] Other: _____

Detailed reason for request: I Sent you some Medical paper on 5-23-14 asking for thoughs papers back since there part of a civil law suite. Could you please make copies of them and put them in my Medical file and send me the original one's back please. If you didn't receive this papers please let

Have you talked to any staff member about this request? [x] Yes   [ ] No Are Email. So I can do something about it.

Whom: NWS Valentry

Inmate Signature: By Buckner # 600000                    Thank You

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: Issue addressed

_____

Staff Signature: M. Turner DA

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

_____

Staff Signature: _____

UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _North Center 1_

Name _Roger Buckner_

ADC# _600000_ Brks # _19_ Job Assignment _4-Seg_

_✓_ (Date) STEP ONE: Informal Resolution

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _yes_ *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I have been trying since the first of April at Cummins to get my medical class changed to my physical ability that I am capable to do the work. When I got here March 22,14 I asked for my MRI's to be relished along with official papers from 2 different hospitals showing what all is wrong with me. I even came over here from Cummins on crutches cause of knee problems (Right knee). I wrote a medical request on 4-19-14 I received it back on 4-21-14 from Mr. Ferritti saying to submit a Sick Call I did I talked to Dr. Bishop on 5-13-14 about changing my medical class and nothing been done. On 5-22-14 I write a Request to Mr. Perritti with my medical records from the free world hospitals on my Right knee, Right hip, degenerative disc discus in back, Left hand but MRI's from 2006 that was done here + this unit will show my back and Right Rotter's cuff.
Please change my medical class to fit my physical ability and give me a No Stairs Script so I can prefrom any job that my physical ability will allow me to so I don't hurt my self or body any worse that it has been. Thank you

_Roger Buckner # 600000_                                        _5-30-14_
Inmate Signature                                                Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _5-30-14_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was then forwarded to medical or mental health? _YES_ (Yes or No). If yes, name of the person in that department receiving this form: _MR. FERRETTI_                Date _5-30-14_

_SGT. SAM 7_              _4918Y_
**PRINT STAFF NAME** (PROBLEM SOLVER)    ID Number    Staff Signature                    Date Received
Describe action taken to resolve complaint, including dates: Mr. Buckner: I have reviewed your Medical record and Fund the following: Dr. Bishop requested medical records on you in response to your appointment with Her 5/13/14. We have Now received records from N.W. Med. Center of Washington County from 2011-2013 for Her to review. Please let me know any other facilities we need to contact.
Staff Signature & Date Returned _____ or 4/4/Inmate Signature & Date Received _#600000_
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Stink
# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: North Central

Name: Roger Buckner

ADC# 600000  Brks # 150B 19  Job Assignment: Ad Seg

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

6-4-14 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* No  *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

I have been on Ad Seg (T) now 2 days and still haven't got to see Classification Committee. Why is this? I have wrote several requests to Major Mr. Banks and Warden White. I can't see why I am still here and not transfered to one of the max's for Ad Seg so I can finish the rest of my 18+ months out to my dis-charge date. Everybody knows why I am on Ad Seg (T) cause supposedly I am crazy, I stink cause I can't get the treatment I need of which everyone knows what's going on. Then the letter that has been passed around this unit that did about community involvement on this house. Saw Cody supposedly raped a 13 or 14 yr. girl and has Aids and has this baby H.I.V. so which I don't have medical records so will show. Please either transfer me soon or allow me back to population. All I want is to be treated equally just like everybody else and not what people say especially with the lies going around about me having H.I.V. or AIDS and I have raped all these people and I am suppose to Ask for a CASSI along with support by having a few closed at which I can't have children. Thank You

Roger Buckner # 600000        6-4-14

Inmate Signature                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 6-5-14 (date), and determined to be Step One and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? NO (Yes or No) If yes, name of the person in that department receiving this form: _____ Date _____

Sgt. C. Smay        49189
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: AD 14-07 (AD SEG) STATES "CLASSIFICATION COMMITTEE OR AUTHORIZED STAFF MUST REVIEW THE STATUS OF EVERY INMATE ASSIGNED TO AD SEG STATUS EVERY 7 DAYS FOR THE FIRST 2 MONTHS AND EVERY 30 DAYS THEREAFTER. AT EVERY OTHER OF THESE 30 DAY REVIEWS THE INMATE WILL BE PERSONALLY INTERVIEWED" OTHERWISE YOU NEED NOT BE PRESENT.

C. SMAY 6-5-14        600000 6-4-14
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**    Received

Unit/Center _North Central_                    JUN 13 2014    609

| FOR OFFICE USE ONLY |
| --- |
| GRV # _NC-14-00120_ |
| Date Received: _6/13/14_ |
| GRV. Code #: _600_ |

Name _Roger Buckner_

ADC# _60000_   Brks # _150A / 19_   Job Assignment   Grievance _Seg. (I)_   Office

_6-10-14_ (Date) STEP ONE: Informal Resolution

_6-12-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I have MRIS that was done when I was here in 2006 and Free World hospital's that show different check med icc_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to _recurs_ a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious _in Pine_ nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the _Bluff on_ attached emergency receipt. If an Emergency, state why: _____ _me_

_Is this Grievance concerning Medical or Mental Health Services?_ _yes_ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I got an answer back on the informal date on 6-2-14 to change my medical class to fit my physical ability so I can work without doing any more damage to my body that I have already done. I was told by Mrs. Haden that Dr. Bishop has receive my medical records from N.W medical center in Springdale and I also gave her Mrs. Haden another address to Washington Regional Hospital in Fayetteville, AR plus told her that I also have had MRI's done here @ in Calico Rock in 2006 that's on my medical record in Pine Bluff. I still have not had my medical record looked at or my medical class changed to fit my physical ability so I can work at which I should be going back to population tomorrow. Last time I was a night time hall porter._

_Please change my medical class to fit my ability to work._

_Roger Buck #60000_                          _6-10-14_
Inmate Signature                              Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6-10-14_ (date), and determined to be Step One and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Mr. Ferretti'_   Date _6-10-14_

_Sgt. B. Gillaspie_     _7821_     _Sgt. B. Gillaspie_     _6-10-14_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _Dr. Bishop has determined your treatment plan does not meet medical criteria for medically necessary changes at this time. Your medical treatment is consistent with standards of care for medically necessary treatment for your diagnosis. R. Fretti, HSA_   _X_ _6-12-14_

_Staff Signature & Date Returned_   _6/12/14_   _Inmate Signature & Date Received_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                                      Attachment IV
3GH

INMATE NAME: Buckner, Roger J.                    ADC #: 60.0C0C          GRIEVANCE #: NC-14-00120


HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE


Code 609
The complaint read "I got an answer back on the informal dated 6-2-14 to change my medical class to fit my
physical ability so I can work without doing anymore damage to my body that I have already done. I was told
by Mrs. Haden that Dr. Bishop has received my medical records from N.W. Medical Center in Springdale and I
also gave her Mrs. Haden another address to Washington Regional Hospital in Fayetteville, AR plus told her that
I also have had MRI's done here in Calico Rock in 2006 that's on my medical record in Pine Bluff. I still have
not had my medical record looked at or my medical class changed to fit my physical ability so I can work at
which I should be going back to population tomorrow. Last time I was a night time hall porter. Please change
my medical class to fit my ability to work."
Response:
On 01/29/14 you were medically classified as M-2. You have the medical limitation/restrictions of (1) Restrict
assignments requiring prolonged crawling, stooping, running, jumping, walking, or standing in excess of 8
hours per day

On 05/13/14 Dr. Bishop documented [Saw APN Rohder and she asked me to evaluate for appropriate medical
classification. He reports being diagnosed with DDD of the cervical spine by MRI 2006. Also reports Right
rotator cuff pathology diagnosed 2006. He believes he should be an M3 due to these problems. Past medical
history otherwise unremarkable aside from HCV diagnosed around 2010. Attempt to obtain outside records. No
change in physical status since intake to warrant change in physical exam at this time].
Outside medical records from 3/26/11 reveal that you were seen for injuries encountered in a scooter accident.
The radiology report read, [there is early degenerative disc narrowing seen at the levels of C5-C6 and C7].
There were no outside medical reports available relating to a right rotator cuff injury. Today, you clarified that
there are pertinent records that we should request, your old ADC medical records from your previous
incarceration at this unit. Our Medical Records Clerk has issued that request to the Medical Records Director,
and we received your 4/26/07 MRI L-Spine results. The impression from that study reads [Central L4-5 disk
herniation which causes mild narrowing of bilateral neural foramina without significant nerve root compression.
There is no significant nerve root compression visualized].

Your grievance is without merit. We have made reasonable attempts to obtain your records, and today we have
requested ALL of your records (2004-2013) from the facilities you claim will have more medical information
relevant to your care. The Site Medical Director is fully aware of your claimed medical history, and she has
reviewed your case on 5/13/14 and 6/12/14. She reviewed your available free-world records with me on
6/12/14. Your medical classification and medical limitations have been reviewed by the Site Medical Director,
and she had determined no changes are medically indicated. I reviewed your Physical Exams performed on
1/29/14, 9/5/12, 10/20/10, 1/8/09, 6/16/08, 3/20/07, and 1/10/06. Your medical classification has been set
at M2 by 6 different providers since 1/10/2006, when you were a M1 status. I did find that on 2/4/14, a Right
Shoulder 2 view X-ray was ordered and not performed prior to your arrival at NCU. I apologize for that delay,
and Dr. Bishop has agreed to order you a 30 day, one-arm duty script to protect that arm so testing can be
properly completed and results reviewed by a provider. I encourage you to continue being an active participant
in communicating your medical issues. Should you perceive a need for further evaluation, you may submit a
Health Services Request Form and our healthcare professionals will address your complaint.


Randy Fenotti


Signature of Health Services                        Medical Svcs Manager              06/20/2014
Administrator/Mental Health Supervisor or           _____            _____
Designee                                                    Title                         Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I disagree with this cause I didn't ask to be an M3. I just want my medical class to be where I can physically be able to perform it w/ out doing any more damage to my body and I don't get a disciplinary for not being able to perform my job. I have never work 8 hours and it seen 4 hour work scrip. Also my MRI's was done in 2006 not 2007 and it was my L4-5 it was my C5-6 C6-7 and my right arm rotter cuff

_____        _____        __6-20-14__
Inmate Signature                        ADC#                           Date
                                        600000



**Office of the**
**CRIMINAL JUSTICE COORDINATOR**
**SUPREME COURT OF THE STATE OF ARKANSAS**



**Criminal Justice Coordinator**
**Phone (501) 682-1637**

**Justice Building, Suite 1300**
**625 Marshall Street**
**Little Rock, Arkansas 72201**

June 20, 2014

Mr. Roger J. Buckner
ADC No. 600000
North Central Unit
10 Prison Circle
Calico Rock, AR 72519

Dear Mr. Buckner:

This will acknowledge receipt of your letter.  In response,

> Neither this office nor the Arkansas Supreme Court intervenes in complaints concerning
> prison conditions or treatment of incarcerated persons.  If you wish to proceed with some
> legal action against the Arkansas Department of Correction, such actions are <u>not</u> filed
> directly in the Arkansas Supreme Court.  For advice on legal procedure, it is recommended
> that you consult an attorney.  An attorney will be in a position to examine the facts of the
> matter and advise you as to legal procedure and remedies.

Cordially,

Office of the Criminal Justice Coordinator

San:Ram

*This also Showes I have tryed to do Something about
the Correction Officers, nursing Staff etc. I am an
Indigent inmate So I can't get attorney.*

*Please Send Back   Thank you*

# MEDICAL DEPARTMENT
# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

OFFENDER NAME: Buckner R.

ADC#: 600000        BARRACKS#: 150 / 027 A

This is to inform you that we have received the results of the diagnostic test procedure
preformed on 6·21·14 . **XRAY**

1. _____ Based on the results of your test procedure, you will be
   scheduled for a follow-up with the physician or mid-level provider
   within _____ .Please check the daily Lay-in
   List for this appointment.

2. __✓__ Based on the results of your test procedure there is no clinical
   need for a follow-up at this time. To discuss your test results with a
   member of our heath care staff, you may request to do so by
   submitting a "SICK CALL" Request or Request for Interview with the
   Heath Service Administrator.

Neither the follow-up in item 1. or a request initiated by you for item 2. will result in a
co-pay fee.

_Michelle_

Signature of Physician or Midlevel Provider

6/23/14

Date of Signature

Copy to Offender
Copy to Offenders Medical Records

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**  ~~Received~~ 619

Unit/Center _North Central Unit_

Name _Roger Buckner_

ADC# _60000_    Brks # _ISU 27_    Job Assignment ~~Grievance Office~~ (T)

FOR OFFICE USE ONLY

GRV. # _NC-14-00148_

Date Received: _7/9/14_

GRV. Code #: _600_

**JUL 0 9 2014**

_6-25-14_ (Date) STEP ONE: Informal Resolution (13)

_7-9-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why _Cause these still has't_
_been any thing done as said to stop this medical issue_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _yes_ _If yes, circle one:_ (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I have wrote request after request and_
_these in person's cause something is wrong I stink all the time even after_
_I take a shower supposedly for no over a year there is "Feces" in_
_my bowels that is doing this to me cause supposedly there is more then_
_should be which I don't believe this at all. I can't even get the_
_medical treatment I need to stop from stinking like this. I which I_
_don't have HIV or AIDS but Hep. C and I know it don't make you_
_smell like this_

_I am effected by this cause I stink all the time and its humiliating_
_and gross. So I am going on a hunger strike til some is done_
_about this. I have already explain where this was coming from but_
_since every one says there's slot of "Poo" in my bowels I am going_
_to stop eating so you can see (that the reason for that) is_

_Roger Buckner #60000_                    _6-25-14_
**Inmate Signature**                        **Date**

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6-22-14_ (date), and determined to be **Step One** and/or an Emergency Grievance
_NO_ (Yes or No). This form was forwarded to medical or mental health? _YES_ (Yes or No). If yes, name
of the person in that department receiving this form: _Raydy Ferethil_    Date _6-22-14_

_S. Hren Cuene_    _73746_    _signature_
**PRINT STAFF NAME (PROBLEM SOLVER)**    **ID Number**    **Staff Signature**    Date Received
Describe action taken to resolve complaint, including dates: _MR. BUCKNER: WE HAVE DISCUSSED_
_YOUR CURRENT SYMPTOMS. YOU STATE YOU DO NOT HAVE ANY PROBLEMS_
_HOLDING YOUR BOWELS; YOU STATE YOU ARE NOT ON A HUNGER STRIKE,_
_YOU STATE YOU BELIEVE THE SMELL COMES FROM YOUR ANAL AREA DUE TO_
_A FOREIGN OBJECT (LIKE A COMPUTER CHIP) INSERTED AGAINST YOUR WILL. I WILL ASK THE DOCTOR IF_
_____ AND _____ FOR BODY ODOR_
**Staff Signature & Date Returned** _XX_    **Inmate Signature & Date Received** _6-26-14_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

3

Attachment IV

INMATE NAME:  Buckner, Roger J.          ADC #:  600000C          GRIEVANCE #:  NC-14-00148

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

Code 619
I have wrote request after request and these informal's cause something is wrong. I stink all the time
even after I take a shower supposedly for now over a year there is "fecal" in my bowels that's doing
this to me cause supposedly there is more than should be which I don't believe this at all. I can't even
get the medical treatment I need to stop from stinking like this at which I don't have HIV or AIDS but
Hep. C and I know it don't make you smell like this. I am effected by this cause I stink all the time and
its humiliating and gross. So I am going on a hunger strike til something is done about this. I have
already explained (unreadable) coming from but since everyone says there's a lot of "poo" in my
bowels I am going to stop eating so you can see that the reason for that is.
Response:
On 06/25/14 you submitted this informal grievance. On 06/26/14 you were interviewed and the
original grievance returned to you. On 07/09/14 you submitted step two of the formal grievance.
Policy reads that an individual has 3 working days to submit a formal grievance (step 2) from date of
step 1 (informal) grievance response.
This grievance is without merit. Your grievance is out of timeline frame as per policy.

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____     _____
          Title                        Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling
in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to
the original grievance. Do not list additional issues which were not part of your original grievance as they
will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I receivid this on 8-15-14 at which was suppose to be
sick to me on 8-7-14. I now can't send to Deputy Director
of health & corrections) services this just shows the Biese and I am
not being equally treated right with every thingr.

# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grievance step but should be used before filing an Informal Grievance

| | | |
|---|---|---|
| Inmate Name: Roger Buckner | ADC# 600000 | Date: 6-24-14 |
| Barracks: ISo #27 | Assignment: Ad Seg(I) | |
| Staff Member: Warden White | Department: Warden | |

I have a request concerning the following areas (Check One)

☐ Business Manager    ☐ Hobby Craft    ☐ Medical / Dental    ☐ School

**RECEIVED JUN 2 5 2014**

☐ Chaplain    ☐ Laundry / Property    ☐ Mental Health    ☐ Telephones

☐ Classification    ☐ Library / Law Library    ☐ Parole    ☐ Visitation

☐ Commissary    ☐ Mail Room    ☐ Records    ☑ Other: Warden

Detailed reason for request: Sir! There is a few issues I would like to bring to your attention that has been happening to me since this time and last time I have been in Isolation. I would like something done about it please. or I'm going to contact a Attorney and file a suit on it.

Have you talked to any staff member about this request? ☐ Yes    ☐ No

Whom: _____

Inmate Signature: Roger Buck #600000

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: 6-25-14

I have reviewed your request and my findings are as follows: I have asked the mail room staff to check on you're mail. We have no reason to delay it and I doubt we have. I

Staff Signature: have directed staff to make sure you

---

I am referring this request to: have the ability to clean your

Referring Staff Member Signature: cell. The medical dept have been notified regarding your concerns.

I have reviewed your request and my findings are as follows: Finally restrictive housing is not airconditioned and the fans are being ran.

Staff Signature: _____

(30)

# MEDICAL DEPARTMENT
# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

**OFFENDER NAME:** BUCKNER, ROGER

**ADC#:** 600000          **BARRACKS#:** 130/027A

This is to inform you that we have received the results of the diagnostic test procedure preformed on 6/29/2014 . **XRAY**

1. [ ] Based on the results of your test procedure, you will be scheduled for a follow-up with the physician or mid-level provider within NONE .Please check the daily Lay-in List for this appointment.

2. [✓] Based on the results of your test procedure there is no clinical need for a follow-up at this time. To discuss your test results with a member of our heath care staff, you may request to do so by submitting a "SICK CALL" Request or Request for Interview with the Heath Service Administrator.

Neither the follow-up in item 1. or a request initiated by you for item 2. will result in a co-pay fee.

_Michelle_

Signature of Physician or Midlevel Provider

7/2/2014

Date of Signature

Copy to Offender
Copy to Offenders Medical Records

*Stinking*

# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grievance step but should be used before filing an Informal Grievance

| | | |
|---|---|---|
| Inmate Name: Roger Buckner | ADC# 600000 | Date: 6-30-14 |
| Barracks: ISO #23 | Assignment: Ad Seg (T) | |
| Staff Member: Mrs. Haden Medical | Department: Medical | |

I have a request concerning the following areas (Check One)

- [ ] Business Manager
- [ ] Chaplain
- [ ] Classification
- [ ] Commissary
- [ ] Hobby Craft
- [ ] Laundry / Property
- [ ] Library / Law Library
- [ ] Mail Room
- [x] Medical / Dental
- [ ] Mental Health
- [ ] Parole
- [ ] Records
- [ ] School
- [ ] Telephones
- [ ] Visitation
- [ ] Other: _____

Detailed reason for request: I would like to Please know something about this medical issue I have with Stinking. You told me last Thursday 6-25-14 that you was going to talk to Dr. Bishop about this. Me Stinking is the only reason I am in Isolation til medical finds

Have you talked to any staff member about this request? [x] Yes    [ ] No   Whats wrong

Whom: Mrs. Haden                                                          Thank You

Inmate Signature: Roger Buckner #600000

---

I am referring this request to: _____

Referring Staff Member Signature: _____   Date: 7-10-14

I have reviewed your request and my findings are as follows: _____

~~...~~ay submit a
~~...~~il request form
~~...~~or this issue.

Staff Signature: _____

---

I am referring this request to: _____

Referring Staff Member Signature: _____   Date: _____

I have reviewed your request and my findings are as follows: _____

_____

_____

Staff Signature: _____



# Inmate Request Form
## North Central Unit



This form is to be used by inmates contacting staff with requests on issues. This form is not
grievance step but should be used before filing an Informal Grievance

| | | |
|---|---|---|
| Inmate Name: Roger Bucland | ADC# 600000 | Date: 7-6-14 |
| Barracks: I Sa #23 | Assignment: A & Su | |
| Staff Member: Warden White | Department: Warden | |

I have a request concerning the following areas (Check One)

☐ Business Manager ☐ Hobby Craft ☐ Medical / Dental ☐ School

☐ Chaplain ☐ Laundry / Property ☐ Mental Health **RECEIVED JUL 07 2014** ☐ Telephone

☐ Classification ☐ Library / Law Library ☐ Parole ☐ Visitation

☐ Commissary ☐ Mail Room ☐ Records ☑ Other: Warden

Detailed reason for request: SIR! I still am trying to get this medic
issue took care of, I am sending in the informal that i
wrote on 6-22-14 bt didn't get answerd til 6-26-14. St.
Nothing is getting done. Every body thing I am crazy but

Have you talked to any staff member about this request? ☐ Yes ☑ No Believe sl-?
People know what
Whom: MRS. Helen ___ saying on but I am
not getting treated right

Inmate Signature: Roger Buckland 600000

---

I am referring this request to: _____ Karen, Fix This
Referring Staff Member Signature: ___ Date: 7-8-14

I have reviewed your request and my findings are as follows: _____
Filled out grievance 2 step in front of MS. Karen

Staff Signature: _____

---

I am referring this request to: _____
Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: _____

*Fecal & Stinking*

## Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grievance step but should be used before filing an Informal Grievance

| Inmate Name: Roger Buckners | ADC# 600000 | Date: 7-7-14 |
|---|---|---|
| Barracks: IS-23 | Assignment: Ad Seg | |
| Staff Member: Mrs. Turner Medical | Department: Medical | |

I have a request concerning the following areas (Check One)

| | | | |
|---|---|---|---|
| ☐ Business Manager | ☐ Hobby Craft | ☑ Medical / Dental | ☐ School |
| ☐ Chaplain | ☐ Laundry / Property | ☐ Mental Health | ☐ Telephones |
| ☐ Classification | ☐ Library / Law Library | ☐ Parole | ☐ Visitation |
| ☐ Commissary | ☐ Mail Room | ☐ Records | ☐ Other: _____ |

Detailed reason for request: I had an informal answered on 6-26-14 and I believed that something was going to be done about this medical issue with me stinking and supposedly full of "Poop". I was told that Mrs. Haden would ask Dr. for some kind body odor but nothing's been done.

Have you talked to any staff member about this request? ☑ Yes    ☐ No

nothing. is being done I am writing my 2nd time to get something done

Whom: Mrs. Haden

Inmate Signature: Roger Buckner #600

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: Dr. Bishop determined you do not meet medical necessity for additional medical interventions at this time, as outlined in the Record Review note Ms. Hayden entered

Staff Signature: _____

---

I am referring this request to: _____

Referring Staff Member Signature: _____ Date: _____

I have reviewed your request and my findings are as follows: on 6/26/14.

_____ 7/9/14

(6)

# Inmate Request Form
## North Central Unit

This form is to be used by inmates contacting staff with requests on issues. This form is not a grievance step but should be used before filing an Informal Grievance

| Inmate Name: Roger Buckner | ADC# 2000 | Date: 7-9-14 |
|---|---|---|
| Barracks: ISo 27 | Assignment: AP-Seg (T) | |
| Staff Member: Mr Ferritti Medical | Department: Medical | |

I have a request concerning the following areas (Check One)

- [ ] Business Manager
- [ ] Hobby Craft
- [x] Medical / Dental
- [ ] School
- [ ] Chaplain
- [ ] Laundry / Property
- [ ] Mental Health
- [ ] Telephones
- [ ] Classification
- [ ] Library / Law Library
- [ ] Parole
- [ ] Visitation
- [ ] Commissary
- [ ] Mail Room
- [ ] Records
- [ ] Other: _____

Detailed reason for request: I need to know why I have been getting charged for the Same medical issues Since medical Can't or Should I Say won't equally treat me to Fix this medical issue except keep repeatedly Charging me for the Same medical issues. Please explain

Have you talked to any staff member about this request? [x] Yes   [ ] No   Thank You

Whom: Several nurses

Inmate Signature: Roger Buckner #600000

---

I am referring this request to: _____

Referring Staff Member Signature: _____   Date: _____

I have reviewed your request and my findings are as follows: Policy states each inmate-initiated request for health care services is to be charged a co-pay fee.

Staff Signature: Randy Ferretti, HSA  7/18/14

---

I am referring this request to: _____

Referring Staff Member Signature: _____   Date: _____

I have reviewed your request and my findings are as follows: _____

INMATE'S NAME: Roger Buckner

ADC# 600000

BKS: CB 1-133

# LAB NOTIFICATION

YOU ARE SCHEDULED FOR LAB ON: FRIDAY, AUGUST 8TH 2014



X DO NOT EAT AFTER MIDNIGHT ON: THURSDAY, AUGUST 7TH 2014

_____ YOU MAY EAT BEFORE COMING TO LAB

A URINE SAMPLE IS NEEDED

X YES _____ NO

THANKS,

*S.MORRIS, LAB TECH*

133 *Knee Brace*

ARKANSAS DEPARTMENT OF CORRECTION
**Medical Restrictions/Limitations/Special Authorization(s)**       **MSF-207**

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐ Restrict from assignment requiring strenuous physical activity in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring lifting of heavy materials in excess of  lbs; and/or overhead work in excess of  hours per day. Allow 10 minute break after each hour. |

| PART 2 - LIMITATIONS: | INMATE REQUIRES: |
|---|---|
| * | ☐ Bed Rest  days. Reason: |
| | ☐ No Duty  days. Reason: |
| | ☐ No Yard Call  days. Reason: |
| | ☐ No Sports  days. Reason: |
| | ☐ One Arm/Hand Duty  days. |

**PART 3 - AUTHORIZATIONS: INMATE IS AUTHORIZED TO:**

☐ Report to the Infirmary for Special Treatments(  )
    ☐ Soak:
    ☐ Exercise:
    ☐ Other:
☐ Bathe in the Infirmary
    ☐ Sitz Bath
    ☐ Cast
    ☐ Other:
☑ Have in Possession:
    ☐ Cane
    ☐ Crutches
    ☐ ~~knee brace (med/large) (Dr. Iko)~~
    ☐ Prescribed Footwear:
    ☐ Orthopedic Appliance: (describe briefly)
    ☐ Other:
* ☐ Go to Dining/Pill Window/Shower Only

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  08/09/2014   08:36:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:  08/09/2015   08:36:00 PM

**Name:** Buckner, Roger J.
**DOB:** 05/24/1973
**ADC#:** 600000

*Amanda L. Gray*

Amanda L Gray

Distribution: Original - Medical Jacket

INMATE'S NAME: Buckner, Roger

ADC# 600000

BKS: CB 1 - 133

(34)

# LAB NOTIFICATION

YOU ARE SCHEDULED FOR LAB ON: TUESDAY, AUGUST 12TH 2014



_____ DO NOT EAT AFTER MIDNIGHT ON: MONDAY, AUGUST 11TH 2014

X YOU MAY EAT BEFORE COMING TO LAB

A URINE SAMPLE IS NEEDED

X YES        _____ NO

THANKS,

S.MORRIS, LAB TECH

## Medical Department
## Notification of Diagnostic Test Results

Inmate Name _Buckner, Roger_

ADC Number _600000 CB/458_

This is to inform you that we have received the results of your diagnostic test performed on _9/11/14_ .

1. _____ Based on the result of your test, you will be scheduled for follow-up with a physician or mid-level practitioner within three working days of this notice. Please check the daily 'Lay-in' list for this encounter.

2. _✓___ Based on the result of your test, there is no clinical need for follow-up at this time. To discuss your test results with a member of our health care staff, you may submit a Sick Call Request or request an interview with the Health Services Administrator.

**Neither the follow-up in item 1, nor a request initiated by you in item 2 will result in a co-pay fee.**

_____
Signature of Physician or Mid-level Practitioner

_____9/15/14_____
Date

Copy to Inmate
Copy to Inmate's Medical Record

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** /V/C d S.

Unit/Center _Varner Syp-l Max_

Name _Roger Buckner_

ADC# _622aa._ Brks #_4 45_ Job Assignment _4D Sc_

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

_9 ·_ _/4_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____
_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ y. r _If yes, circle one:_ medical _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _It is ... b 6:00 p.m on 9-2-14 and the nurse just come by for pill call and once again I didn't get my med. Health med. C-k x-x to me. I need th. s for my dx Pressure leak to allow i how Dr in class and Sell di dean't in ch. ch. I Cy all to follow th.s go will go all th.s things. The U...r in my bed n 's in to de fl.s th._
_____
_____
_____

_I ... any meds daily to let ..d beh... ok? I h.p to Simplih..._
_... let ... m x'l - or wll-) r ...... th. S. h i L b.h... ...l_
_...... th. C r.l ... ...lly b..n... h.l. b..l a... l r.l..._
_....._

_____
_____

_Roger Buckner_ _9 - 2 - 14_
**Inmate Signature** **Date**
_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_79547_ _9/23/14_
**PRINT STAFF NAME (PROBLEM SOLVER)** ID Number Staff Signature Date Received
Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

Staff Signature & Date Returned _____ Inmate Signature & Date Received _____
This form was received on _____ (date); pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
--------------------------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Varner Sup S Max_

Name _Roger Buckner_

ADC# _____ Brks # _458_ Job Assignment _P U Sec_

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # _____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code #: _____</td></tr>
</table>

_9-29-14_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) On 9-24-14 I got my Class 3 back and was told I would go back to population next month October when I get my class 2. I have mental health issue with homicidal thoughts that I can very capable of following through with them and I have suicidal issues at which mental health is aware of ... [remainder illegible] ...

_Roger Buckner_ _____ _9-29-14_
Inmate Signature                                   Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____  _____  _____  _____
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature           Date Received

Describe action taken to resolve complaint, including **dates**: _____

I am having to Write an Informal on this cause it still being been answered 70 day's later

_____  _____
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*Meds*

**UNIT LEVEL GRIEVANCE FORM**

FOR OFFICE USE ONLY

Unit/Center ~~Varner Super Max~~    *CB 4/0458*

GRV. # _____

Name *Roger Buckner*

Date Received: _____

ADC# *600000*    Brks # *CB4458* Job Assignment *AD-Seg*

GRV. Code #: _____

(4)

*10-2-14* (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* *Yes* *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): *On 10-2-14 at 1:45pm Nurse*
*Ms. Jones was doing pill call in CB4 and I was waiting on my mental*
*health med. but Ms. Jones didn't have them. I asked ms. Jones why*
*she told me that she ms. Jones couldn't find or see any Celexa 40mg*
*for me. But I have been told that I have some and I really need.*
*this med. Also C.O. thats on now with br,cas is witness to this.*

_____

*I do Not put the blame on ms. Jones. I put the blame on*
*who ever orders my meds. I need this for my depression/*
*Anxity/strms so I don't hurt others or have the thoughts of it or*
*hurt my self or have the dreams. Please give me any meds I*
*need thank you or I wouldn't be on them.*

_____

*Roger Buckner #600000*                                   *10-2-14*
Inmate Signature                                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: *V. Skroggins*    Date *10/03/14*
*Sgt Ryas*                                    *Sgt Ruld*              *10/2/14*
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates *Nurse Jones will be asked*
*to write a Statement regarding this allegation - Nancy*
*ms Jones @ told me on 12-28-14 she was never asked to write a statement or about*
*this*
*Y. Arwyn 10/07/14*                          *Roger Buckner 10/7/14*
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*Being Accused of Having HIV/AIDS*

## ADC HEALTH SERVICE REQUEST FORM

MSF-202 C revised 2013

| Name(Last, First, MI): | | ADC#: | Date of Birth: | Barracks: | Date of Request: |
|---|---|---|---|---|---|
| Buckner Roger Joseph | | 600000 | 5-24-73 | CB4-458 | 10-2-14 |

Job Assignment: AV-Svc

Description of the problem:

I would like an H.I.V test please. The last one I had was Jan. 28 2014 and was told I could get another one in 6 months to be positive I dont have H.I.V. or AIDS. I was negative on my test in January 2014. I want to be sure cause I ~~was~~ was an IVe user in past.

I consent to be treated for the above problem. I understand that in accordance with the Department of Corrections policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt.

INMATE'S SIGNATURE: Roger Buckner 600000          DATE: 10-2-14

*******************************************************************************

### FOR MEDICAL USE ONLY

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT: 10-3-14 0826

PRIORITY 1 : See within 24 hours- emergent need [ ]     PRIORITY 3: See within 72 hours- routine request [ ]

PRIORITY 2: See within 48 hours- urgent need [ ]     PRIORITY 4: Face-to-face visit not needed; respond to request in writing [x]

DATE TRIAGED: 10.3.14     TRIAGED BY: (NAME) _____     (TITLE) _____

If the EHR is unavailable, enter nursing sick call notes in this area:

| Vital Signs: | BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|---|

Protocol Used: forwarded to ICN

Subjective:

Objective: Per Dr IKO, another testis is not necessary at this time. C. Chisom, RN 10/7/14

Assessment:

Plan:

Education:

Refer to: [ ] Physician   [ ] Mid-level   [ ] Medical Health   [ ] Dental   [ ] Other (List)

Medical Staff Name:

| Medical Staff Signature: | Title: | Date/time: | Unit: |
|---|---|---|---|

| Inmate Name: | ADC #: | Date of Birth: |
|---|---|---|

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** *Me ⊘S*

Unit/Center _Level Sy- ( ize_

Name _Rozel Buckner_

ADC# _5z_____ Brks # _447:_ Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_10_  _4·14_  (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* ___ *If yes, circle one* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _on 4·14 ..._

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_(handwritten text, illegible)_

_Rozel Buckner_ (Inmate Signature)     _10  4·17_ (Date)

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_(signature)_  **93083**  _(signature)_  _10-4·14_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____

Staff Signature & Date Returned _____ Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Roger-Buckner ADC 6xxxxx CB4-458
Varner Super Max
P.O. Box 600
Grady, AR
      71644

got
Back
on

✓

Oct 10,2014

VARNER UNIT MAILROOM

458 LEGAL

Attn: Detective Division
Fayetteville Police Department
100 6
Fayett

LEGAL

RECEIVED

VARNER UNIT MAILROOM

FIRST-CLASS
neopost
10/06/2014
US POSTAGE
$00.90⁰

ZIP 71644
041L11225972

Detective,      Fayetteville, Arkinsas                    9-2⊗4-14

I have the letters Terry Wrote me at why I wrote this to him. I do have some letters in my cell after this that Terry told me he wrote another inmate at which when talk to him and other witnesses will prove what I have said is the truth.

Thank You

Roger Buckner #60⊙⊙⊙ CB4-458
Varner SuperMax
P.O. Box 600
Grady, AR
              71644-0600

Your department sorry you need them for evidents. I refuse to send of y mai papers for courts. I also need a date you need them by.

To: Detectives    Fayetteville, Arkansas                     9-24-14
(Letter Sent Back to me)

My name is Roger Joseph Buckner Do b 5-24-73 my Social Security is 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 my EN/SILL # 714883133.91. I talked to 2 detectives in Nov. or Dec. 2013 about people and people's involment and etc.

I have some letter in my cell right now that sent back to me that I have send along with NCIC paper's where some one has been impusending me to get my social security back for my college grant & loan.

I also have my papers I am sending to you that will show I am telling the truth.

I also complain that my ex wife, son and her boy friend at husband has stocked me at and to this same guys house that my family and others a/c trying to make me "gay" for.

I am willing to take a polygraph test but I also want every body I want to get to be polygraph tester to since there is several.

Please send me a receipt to show that you have received this information.

                    Sincerly
                    Roger Buckner ADX # 60000-CB4 40
                    P.O. Box 600
                    Forrest, MO

SUBJECT: <u>Diagnostic Services No. 515.00</u>                PAGE **4** of 4

*BK  Cb4/458*

## Medical Department
## Notification of Diagnostic Test Results

Inmate Name Buckner, R.

ADC Number 600000

This is to inform you that we have received the results of your diagnostic test performed
on   10-17-14   .

1. _____   Based on the result of your test, you will be scheduled for follow-up with a
physician or mid-level practitioner within three working days of this notice. Please check
the daily 'Lay-in' list for this encounter.

2. ✓   Based on the result of your test, there is no clinical need for follow-up at this
time. To discuss your test results with a member of our health care staff, you may submit
a Sick Call Request or request an interview with the Health Services Administrator.

**Neither the follow-up in item 1, nor a request initiated by you in item 2 will result in
a co-pay fee.**

*W. Clowers APN*
Signature of Physician or Mid-level Practitioner

_____   *10/21/14*   _____
Date

Copy to Inmate
Copy to Inmate's Medical Record

Ms Swift

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Varner Super Max_

Name _Roger Buckner_

ADC# _600000_     Brks # _4-458_     Job Assignment _AD-Seg_

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

RECEIVED

_10-23-14_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? No  If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 10-22-14 I got Commissary an INDIGENT Radio but didn't get the batteries that I got on the Slip AAA batteries. I was told I didn't have enough money. I have been informed that the reason Indigent went up to $12.00 instead of $10.00 was so me being Indigent could purchase a Radio (and tape) with batteries AAA

_____

This is affecting me cause I now have a Radio but No Way to listen to it cause I am being denied AAA batteries with My new Radio that I purchased on 10-22-14 with my once a month Indigent funds. I am now very depressed and upset cause I now have to wait another month to get my AAA batteries. I believe this will show I am being discriminated against. For lies that are being told on me.

_Roger Buckner #600000_                          _10-23-14_
Inmate Signature                                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date _____

_Piggee_          _39936_     _Piggee_          _10-23-14_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature      Date Received

Describe action taken to resolve complaint, including dates: Ms Swift advised you didn't have enough funds to purchase batteries you had a remaining balance of 1.68 + batteries are 2.09 plus tax.

_Piggee 10-28-14_
Staff Signature & Date Returned          Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*ARKANSAS DEPARTMENT OF CORRECTION*

## Medical Restrictions/Limitations/Special Authorization(s)     MSF-207

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:** |
|---|---|
| | ☑ Restrict from assignment requiring strenuous physical activity in excess of <u>4</u> hours per day. Allow 10 minute break after each hour.<br>☑ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of <u>4</u> hours per day. Allow 10 minute break after each hour.<br>☑ Restrict from assignment requiring lifting of heavy materials in excess of <u>15</u> lbs; and/or overhead work in excess of <u>4</u> hours per day. Allow 10 minute break after each hour. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| | * ☐ Bed Rest     days. Reason:<br>☐ No Duty     days. Reason:<br>☐ No Yard Call     days. Reason:<br>☑ No Sports   365 days. Reason:<br>☐ One Arm/Hand Duty     days. |
| **PART 3 - AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments(  )<br>    ☐ Soak:<br>    ☐ Exercise:<br>    ☐ Other:<br>☐ Bathe in the Infirmary<br>    ☐ Sitz Bath<br>    ☐ Cast<br>    ☐ Other:<br>☐ Have in Possession:<br>    ☐ Cane<br>    ☐ Crutches<br>    ☐ Brace: (describe briefly)<br>    ☐ Prescribed Footwear:<br>    ☐ Orthopedic Appliance: (describe briefly)<br>    ☐ Other:<br>* ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:   <u>10/24/2014</u>   <u>10:43:00 AM</u>
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   <u>10/24/2015</u>   <u>10:43:00 AM</u>

*W. Clowers RPM*

**Name:** <u>Buckner, Roger J.</u>
**DOB:** <u>05/24/1973</u>
**ADC#:** <u>600000</u>

Wannetta F Clowers

Distribution: Original - Medical Jacket

Inmate's Name: _Buckner, R._

ADC# _000000_

BKS: _4.58_

YOU ARE SCHEDULED FOR LAB ON: TUESDAY, OCTOBER 28<sup>TH</sup> 2014

_____DO NOT EAT AFTER **12 NOON ON: OCTOBER 28<sup>TH</sup> 2014**

_____YOU MAY EAY BEFORE COMING TO LAB

A URINE SAMPLE IS NEEDED

_____YES _____NO

THANKS

S.MORRIS, LAB TECH

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center Vance Supel Max

Name Roger Buckner          Legal document

ADC# 00000    Brks #4-458    Job Assignment Ap Ser

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #_____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code #: _____</td></tr>
</table>

11-3-14 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____
_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* No *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): I have now on several ex marhall sent
out legal letters but I have only received 2 back. I have legal letters that
have been out tel over a month with legal documents that shows evidents on
charges I am trying to press on my family and several ex girl friends familis
that have told lies on me to impeach me to steal my social security
sick pay benifits, Caller persl grant & loans what you food stamps and claim
child support for children thats not mine.

_____

This is affecting my cause to believe this is it-self legal evidents/legal documents
have been sent soon being thrown away circ of is+ that have and
are being told on me. I been already been told that I caint get any main
copies of them to send out. T/s a Federal offense to mess with my
legal mail going out or coming in.

Roger Buckner                                    11-3-14
**Inmate Signature**                             **Date**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

Sit Williams          6/746      Sgt willem          11/12/11
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

Staff Signature & Date Returned _____ Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment 1)**

Unit/Center Vernd Supd Max

Name Roger Buckner

ADC# 602220    Brks # CB 4-458    Job Assignment AD Seg

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

11-12-14 (Date) STEP ONE: Informal Resolution TREATMENT OFFICE

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? No If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On Saturday Nov. 8 2014 I had an emergency cause I started pouring blood out of my rection at Wich blood is all over my blanket. I showed CO. Sanders it on Nov. 8 2014 along With asked the Sgt to see if I could get my blanket washed or nother one since there is blood on my blanket. Sgt. Sid he Would See What he could do. Witnesses to this is C.O. Sanders and Nurse Aytona.
_____
_____

This is affecting me cause my blanket is still in my floor with blood on it and With temps getting down to freezing I don't have nothing but a Sheet to cover up With. I have now went 5 days today 11-12-14 With out using my blanket plus it isnt healthy to have a bloody blanket in my cell.
_____

Roger Buckner                                11-12-14
Inmate Signature                                Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Pigee                39936              [signature]              11-13-14
**PRINT** STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including date: CO Sanders advised his supervisors was informed of the situation with you blanket.
_____
_____

[signature] 11-20-14
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Safe TX

## UNIT LEVEL GRIEVANCE FORM

**Attachment I**

Unit/Center _Varner Syps Max_

Name _Rogers Buckner_

ADC# _600000_ Brks # _5 458_ Job Assignment _AD - Seg_

| FOR OFFICE USE ONLY |
| --- |
| GRV. # |
| Date Received: |
| GRV. Code #: |

_11-13-14_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state
why:_____
_____ (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a
serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will
sign the attached emergency receipt. If an Emergency, state why:
_____

_Is this Grievance concerning Medical or Mental Health Services?_ _No_ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of
personnel involved and how **you** were affected. (Please Print):

_On 10-6-14 I wrote an informal refusing to go back to population for the remainder of_
_my 17 months and 15 days before I can make it the Dec 28 2015 case of mental issues and_
_was I got the last this being told an ear slayer with the bowl on my nose & jaw. I told hold today_
_11-13-14 to yell my people to go locked to population. Classification once again_
_This officer and is affecting me cause I am taking a chance of getting beat up. All I_
_can do is finish my time without Calling a new charge or really Shelf to_
_restriction of the last 4 days being told on one._

_(signature)_

Inmate Signature _11-13-14_ Date

_If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency
Grievance ___ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_Sgt Mills_      _81314_      _(signature)_      _11/17/14_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature      Date Received

Describe action taken to resolve complaint, including **dates:**
_____
_____
_____

Print and Sign Staff Name & Date Returned_____Inmate Signature & Date Received_____
This form was received on _____ (date), pursuant to **Step Two.** Is it an Emergency? __ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
--------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given
back to Inmate after Completion of Step One and Step Two.

800-4

**STATE OF ARKANSAS**   )
                        )§
**COUNTY OF** Lincoln    )

*I am willing to take polygraph test. I have now wrote 2 warden's but being called crazy but can't get anybody to do what needs to be done to prove I am telling the truth.*

## AFFIDAVIT

I, Roger Buckner, after first being duly sworn, do hereby swear, depose and state that: *I have informals, requests and grievances showing I have been trying to get medical treatment for the stinking and feeling like I am being "Raped" at which Medical at Cummins, Calico Rock and now here at the Varner Super Max knows what's going on but refuses to give me the medical treatment at least the right medical treatment for this. I am being told for over 16 months in prison now that I have "Glob of Fecal" in my bowls but I am being called "Gay", "Fuck Boy", "Homosexual", "Dick Sucker", "Child Molester", "Chomo", etc. My food is being messed with even heard CO's, Cpls, Sgts. Lt. and medical staff along with other inmates talking about it. Also I am being treated like I have H.I.V./AIDS at which I don't.* ~~────────────~~ *Plus my mail going out & coming in is being messed with. Get proof of this to.*

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

11-13-14
DATE

Roger Buckner H
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 13 day of November , 20 14 .

Felicia Piggee
NOTARY PUBLIC

My Commission Expires: 01·31·2021

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

458

**ISSR100**

**Arkansas Department of Corrections**
Varner Super Max **Unit**
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Buckner, Roger Joseph          **ADC#:**   600000C          **Assignment:** AM/PM:Admin Segregation

**Class:** III     **is being charged by**     Lundy, Marquis L          **Title:** Correctional Sergeant
**with code violation(s):**

12-1   Failure to obey verbal and/OR written orders of staff

**Date & Time:**   11/13/2014      3:05 PM

**Notice of Charges:**

Incident Report Unit: Varner Unit
Incident Report Date/Time: 11/13/2014/03:05:00 PM
Incident Report Number: 2014-11-099
Incident Report Comments By: Sherelle Nicole Shipp
On Nov 13, 2014 at approx. 3:05pm while conducted Cell Alignment in Cell Block 4 Zone 3. I Sgt. Lundy gave Inmate Buckner, Roger ADC 600000, cell 458 a direct order to submit to handcuff to be released to Varner Unit population. Inmate Buckner ADC 600000 refused directive. Therefore, I Sgt. Lundy am charging Inmate Buckner ADC 600000 with the following rule violation 12-1.

(I affirm that the information in this report is true to the best of my knowledge)          Signature of Charging Officer

**NOTIFICATION:**     **Officer**                      **Date & Time Notified** 11/14/14 11:15

**Witness Statements:**     No X          **If yes, list:**

Inmate's Signature  (Refused)

**C.S.O. Review:**     **Outcome:**   Refer to Hearing Officer/Comm.
                          **By:**     Stephens, Mark E          **Date**   11/14/2014

**Extension:**   | No   X_____ | Yes _____ |   **Has extension form been completed?**   _____

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
**Counsel-Substitute:**   **Assigned (Name)**   _____          **Not Assigned**   _____

*Disciplinary I got while refusing to go back out to population cause of my safety and Sgt knew it. Plus on Segregation*

Disciplinary Hearing Action
11/18/2014  10:23 AM
Page 2

**Inmate:**   Buckner, Roger Joseph                **ADC#:**   600000C        **Unit:**   Varner Unit

---

**Additional Sanctions/General Comments:**

---

**Factual Basis for Decision (This is a short synopsis of the facts as the Hearing Officer perceives them after reviewing all of the evidence.):**

INMATE BUCKNER REFUSED TO OBEY STAFF ORDERS TO SUBMIT TO HANDCUFFS TO BE RELEASED TO VARNER UNIT POPULATION.

---

**Evidence Relied Upon:**

INMATE BUCKNER REFUSED TO OBEY STAFF ORDERS TO SUBMIT TO HANDCUFFS TO BE RELEASED TO VARNER UNIT POPULATION.

005 from staff supporting F-1 report.
F-1 statement from charging officer.
INMATE GRIEVANCE FORMS

---

**Reasons Why Information Purporting to Exonerate Inmate was Discounted:**

Staff report is accepted.

---

**Reasons for Assessment of Punishment:**
INMATE BUCKNER IS A CLASS III INMATE WHO MUSTY LEARN TO OBEY ALL ORDERS GIVEN BY STAFF.

---

**I have read this report and understand that I may appeal to the Warden about any decision made in this matter within fifteen (15) working days by completing the "Disciplinary Appeal" form.**

**Inmate's Signature** _____   **Counsel-Substitute** _____

**I affirm that the information is true to the best of my knowledge.**

**Hearing Officer** _____   **Date** _____

**ISSR101**                                    **Arkansas Department of Correction**

## DISCIPLINARY HEARING ACTION

**Inmate:**  Buckner, Roger Joseph              **ADC#:**   600000C          **Unit:**   Varner Unit

**Code Violation(s):**

   12-1  Failure to obey verbal and/OR written orders of staff

**Date/Time of Alleged Offense(s):**      11/13/2014  3:05 PM

**Hearing Date:**    11/18/2014              **Time: Start**      10:12 AM                        **End**    10:19 AM

**Recorder:**    Banister, Terrie L          **Tape#:**              **Side:**            **Meter: From**                    **To**

**Plea:**   Not Guilty                                                                        **Attendance Waived:**      No

                                                                                     Has waiver form been completed?_____

**Inmate's Statement:**

HE NEVER ASKED ME TO CATCH THE CUFFS. HE ASKED ME ARE YOU GOING BACK OUT TO POPULATION. THEY HAVE
THREATENED TO STAB ME. I HAVE MENTAL ISSUES AND I AM ON MY MEDICINE. THERE IS A BOUNTY ON MY HEAD. I
GOT 13 MONTHS BEFORE I AM FLAT. I WOULD LIKE TO GO HOME IN ONE PIECE.



**Signature of Inmate**

**Court Questions:**

Do you have a statement?



**Sentencing Conditions:**

**Verdict:**   Guilty

           **GT Class Reduced to:**              IV                  **Class Suspended:**

Roger Buckner ADC 6oow CB4-458

458

Varner Super Max

P.O. Box 600

Grady, AR
        71644-0600

LEGAL

Federal Bureau OF Prisons - Arkansas

4211 Cedar Springs Road  Suite 300

Dalla

FEDE211  752192033-1613      11/18/14
FORWARD TIME EXP   RTN TO SEND
:FEDERAL BUREAU OF PRISONS
344 MARINE FORCES DR

**UNIT LEVEL GRIEVANCE FORM**

RECEIVED
NOV 25 2014
UM/TREATMENT OFFICE

**Attachment I**

FOR OFFICE USE ONLY

GRV. # _____

Date Received: _____

GRV. Code #: _____

Unit/Center Varner Super Max

Name Roger Buckner

ADC# 600000      Brks #4-958      Job Assignment CB

11-24-14 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____
_____ (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a
serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will
sign the attached emergency receipt. If an Emergency, state why:
_____

*Is this Grievance concerning Medical or Mental Health Services?* No *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of
personnel involved and how **you** were affected. (Please Print):

On 11-17-14 Sgt Ryas #81314 picked up an informal wrote on 11-13-14 on my refusing to go
back out to population anywhere. I have 13 months and a few days and I am my Plat Dec 28 2014.
There is list being told on me about Raping these girls and giving this 14 or 15 yr. HIV/AIDS which
is also. I cant even have children. I want to talk to Federal Bureau of Prisons of Arkansas Correctional
Correction Authorities are involved in this including medical. There is talk I am saying to get shelford.
I cant get the medical treatment(right) I need my mail is getting messed with. I dont even know Crssy
I called Child molester, Punk, Bitch etc.

Roger Buckner                    11-24-14
Inmate Signature                 Date

*If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency
Grievance ___ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____
Moore          34936          _____ 11.25.14
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**:
This is frivolous you are not giving me enough information to resolve this complaint.
_____

Moore 12.09.14
Print and Sign Staff Name & Date Returned      Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? __ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
-----------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given
back to Inmate after Completion of Step One and Step Two.

AR DOC
REPORT NO. OTCR118

**ARKANSAS DEPARTMENT OF CORRECTION**
**TIME COMPUTATION CARD**

PAGE: 1 of 1
PROCESSED: 12/02/2014 11:58 AM
REQUESTOR: Nancy A Straughn

| INMATE NAME: | Buckner, Roger Joseph | | ADC #: 600000C | |
|---|---|---|---|---|

| LOCATION: | Varner Super Max | HOUSING: CB040458 | CLASS: IV | OF: 11/18/2014 |
|---|---|---|---|---|

You have been committed to the ADC to serve the following sentences. The release dates listed below are only a projection and include all good time which can be earned based on your current class. If all projected good time is not earned, these release dates will change.

| CMT. | OFFENSE | FEL CLS | DOCKET NUMBER | COUNTY NAME | TOTAL SENTENCE YY/MM/DD | PE/TE | JAIL TIME |
|---|---|---|---|---|---|---|---|
| AB-001 | Fraud Use Of Credit Card Habitual Offender | C | CR-1998-312 | Washington | 0y 72m 0d | IN | 1/3* | 0 |
| AB-002 | Failure To Appear Habitual Offender | C | CR-1998-887 | Washington | 0y 72m 0d | CC | 1/3* | 0 |
| AB-003 | Theft Of Property Habitual Offender | B | CR-1998-312 | Washington | 0y 72m 0d | CC | 1/3* | 0 |
| AC-001 | Fraud Use Of Credit Card | C | CR-2005-940 | Benton | 0y 120m 0d | CC | 1/3* | 162 |

TOTAL SENTENCE LENGTH 10y 0m 0d

*I DON'T HAVE A SEX CHARGE*

| RELEASE DATES: | TRANSFER ELIGIBILITY DATE: | 07/08/2007 |
|---|---|---|
| | DISCHARGE DATE: | 12/28/2015 |

*I HATE QUEERS, PUNKS & HOMO'S AND*
*BI-SEXUALS & TRY SEXUAL'S*
*I AM DIVORCED WIFE WAS 7 YRS YOUNG*

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** STEP Y

Unit/Center Varner Super Max

Name Roger Buckner

ADC# 600000 CB Brks # 4-458 Job Assignment AD-Seg

11-23-14 (Date) STEP ONE: Informal Resolution

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

12-3-14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: I gave an informal to Mrs. Pigee #39936 on 11-25-14 and as of 15-3-14 the informal wasn't answered

Is this Grievance concerning Medical or Mental Health Services? No If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): This is what the informal I wrote on 11-24-14 stated: On 11-17-14 Sgt Ryes #81314 picked up an informal wrote on 11-13-14 on me refusing to go back to population anywhere. I have 13 months and a few days and I am max flt Dec.28 2015. There is lies being told on me about "Raping" these girls and giving this Mor 15yr HIV/AIDS which is a lie. I can't even have children. I want to talk to Federal Bureau of Prisons of Arkansas Cause Correction Authorities are involved in this including medical. There is talk I am going to get Stabbed. I can't change the fight medical treatment. I want Camras looked at to see that Mrs. Pigee #39936 did Pick this informal up but still as of 15-5-14 I've received nothing back. Why? I just want to talk to Internal Affairs and Federal Bureau of Prisons of Arkansas plus a polygraph test to prove I T telling the truth. I am not going back to population any where No matter what my life is in danger out in population say where.

Roger Buckner                    12-3-14
Inmate Signature                 Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt Nuns          81314      Sgt Ru          12/5/14
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

Was and Still Never Answered

Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*Got Thrown in on 12-30-14
by Cpl Allen*

## UNIT LEVEL GRIEVANCE FORM

**Attachment I**

Unit/Center **Varner Supel Max**

Name **Roger Buckner**
                          co   458

ADC# **600000**   Brks # **600001**   Job Assignment **AD-Seg**

**12-15-14** (Date) STEP ONE: Informal Resolution

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state
why:_____
_____ (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:
_____

_Is this Grievance concerning Medical or Mental Health Services?_ **No** _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of personnel involved and how **you** were affected. (Please Print):

On 12-15-14 I gave C.O. Torrence. I believe is her name that Worked
Monday night thy Commissary Slip between 10:00 p.m & 10:06 p.m at
p.m pill Cell my Commissary slip at which the nurse is my Witness at
C.O. Torrence put my Commissary slip in my door and said she Would
pick up at the pill Cell. This is the 2nd week my commissary slip hasn't
showed up in commissary box.
I Want my Commissary

*X*

**Roger Buchner**          **12-17-14**
Inmate Signature                    Date

_If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **12-17-14** (date), and determined to be **Step One** and/or an Emergency Grievance ___ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____
**C. Sherril**          **42197**          **CC**          **12-17-14**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates:**
Slip Rec. 12/18/14 was due 12/16/14 @ 10AM.
approued by Lt. Esau. Did not Receive timely ~oar~

**R Callowau**          **12/19/14**
Print and Sign Staff Name & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.



Arkansas ADC
Varner Unit VSM Canteen

Van, Lamont C.
Customer Number: 1080062
Housing Location: CB05/542

Initial Balance:     6.00
Ending Balance:      3.29
Spending Limit:     97.29

REGULAR RECEIPT

Item                 Qty    Price

CREW SOCKS
[7198505068O7]  2 @ 1.26  2.52

          Subtotal          2.52
          Sales Tax         0.19
          Total             2.71

December 17, 2014 02:06:39 PM

X _____
      Van, Lamont C.



Barracks No. _____ -42

Print
Name: Clayton Vaun        Indigent

ADC#  1080062

| Qty. | Item | SUB OK? |
|---|---|---|
| | Check SUB column by item if you want us to substitute with similar item if out of stock. | |
| 1 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 2 | Socks (Christmas 6 dollars) | |
| | Shower Shoes size (10) (Sub) | |
| | Stamp Envelopes | |
| | AA Batteries | |
| | Soap | |
| | Colgate | |

Knee Brace

CB 458

## UNIT LEVEL GRIEVANCE FORM                          Attachment I

Unit/Center _Varner Sya/Max_

Name _Rozel Buckner_

ADC# _612220_  Brks # _8458_  Job Assignment _AD-Seg_

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state
why:_____
                                (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a
serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will
sign the attached emergency receipt. If an Emergency, state why:

_____
_____

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* medical *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of
personnel involved and how **you** were affected. (Please Print)

It really has been 4 months and I still haven't got my knee brace like not. 4 months ago Mrs Gray said I'll get it when a shipment is received. Does it take 4 months?

This is strictly un Crse. I have an medium Right knee brace that is too small and it's so tight on my knee that I slit it on goin over a big time I had it off.

_Rozel Buckner_ (Inmate Signature)                    _12-26-14_ (Date)

*If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency
Grievance ___ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name
of the person in that department receiving this form: _V Scroggs_ Date _12/29/14_
_Sgt W. Brooks_    _SQO50_    _Sgt Brooks_    _12-26-14_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: _Will check with supervisor to see if brace has_
_been ordered. also will check with Ms. Gray. V Scrog_

_V Scrogg_ _12/29/14_ _Rozel Buckner_ _12-28-14_
Print and Sign Staff Name & Date Returned / Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? __ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given
back to Inmate after Completion of Step One and Step Two.

| Job | AdSeg | **ARKANSAS DEPARTMENT OF CORRECTION** | | |
|-----|-------|-----------------------------------------|--|--|
| Bks | CB4-458 | **ADMINISTRATIVE SEGREGATION REVIEW** | Bks To | |
| Cls | IV | **RECORD OF RELEASE CONSIDERATION** | Cls To | |

| INSTITUTION | Varner Supermax | 7 DAY REVIEW | | | DATE/ INITIAL ASSIGNMENT |
|-------------|-----------------|--------------|--|--|--------------------------|
| INMATE NAME | BUCKNER, ROGER | 30 DAY REVIEW | | | 7/23/2014 |
| ADC NUMBER | 600000 | DIRECTORS REVIEW | | | |
| DATE | 1/15/2015 | 60 Day Review | X | A/S 60 Day Review | |

## REASON FOR INITIAL ASSIGNMENT ---- *Requires closer supervision*

Seriousness of offense resulting in placement on Maximum Security status.

Threat to the security and good order of the institution.

Requires maximum protection from themselves or others require maximum protection from them.

Chronic inability to comply with agency rules and regulations and is a threat to the agency mission.

Chronic inability to adjust in the general population.

Inmates pending transfer or holdover status awaiting permanent housing assignment as determined by the Classification Committee.

Any inmates having been found guilty of taking over a part of the physical plant, battery, aggravated battery, rape, or forced sexual assault, taking of a hostage, or any act or acts defined as felonies or misdemeanors by the State of Arkansas.

Any behavior or circumstances, which poses a serious threat to the security, good order, or quality of life for staff or inmate of the institution, will warrant consideration for assignment to Administrative Segregation.

The inmate is likely to be exploited or victimized by others, sexual predators, and others who have needs for single housing.

The inmate is potentially dangerous to himself or others.

The inmate poses a serious escape risk.

The inmate requests protection or is deemed by staff to require protection.

The inmate requires immediate mental health evaluation and cannot be in contact with general population inmate.

The inmate requires medical isolation and medical housing that is not otherwise available.

| COMMITTEE MEMBERS | | VOTE | | |
|-------------------|--|------|--|--|
| M. Jackson | Deputy Warden | REMAIN ( / ) | RELEASE ( ) | |
| F. Washington | Classification | REMAIN ( ) | RELEASE ( ) | |
| Pickens | Mental Health | REMAIN ( / ) | RELEASE ( ) | |
| ~~Ludlam / Lewis~~ M.C. | Infirmary | REMAIN ( ✓ ) | RELEASE ( ) | |
| Malone / Stephens | Security | REMAIN ( ✓ ) | RELEASE ( ) | |

## ACTION / REASON

| Continued Segregation | Release from Segregation |
|-----------------------|--------------------------|
| Inmate has a rebellious and aggressive conduct, behavior, and attitude. | Inmate has not demonstrated any violence since assignment to Administrative Segregation |
| Inmate has a history of assault on other inmates | Inmate has demonstrated improvement in conduct, attitude, and behavior since being assigned to segregation |
| Inmate has a history of assault on staff personnel | |
| X Inmate is a threat to the security and good order of the institution. | Inmate no longer indicates a chronic inability to comply with agency rules and regulations. |
| Inmate has been a disciplinary problem since assignment | Inmate has satisfactorily participated in work programs. |
| Inmate must regain Class II before being considered for release | Inmate has satisfactorily participated in self-improvement programs. |
| Inmate has history of threatening other inmates and / or staff personnel. | Other |
| Inmate indicates a chronic inability to comply with agency rules and regulations and is a threat to the agency mission | |
| X Other *Requires Closer Supervision* | |

## WARDEN'S REVIEW

I have reviewed the above and agree with the Committee's decision

I have reviewed the above and am referring this back to the Committee.

| WARDEN'S SIGNATURE | DATE |
|--------------------|------|
| | |

# VARNER SUPERMAX

## VSM CLASSIFICATION COMMITTEE WAIVER

I, Inmate *Roger Buckner*          ADC # *600000*        hereby waive my

Right to appear before the Unit Classification Committee.


Date of Review     | 01/15/2015 |

My waiver or refusal to appear before the Committee is done freely and voluntarily without threat or coercion from any person(s).  I understand that my refusal to appear before the Committee may result in the committee reviewing my status in my absence and making a decision without any statements or comments from me.


## SCHEDULED ACTION

60 Day Review_____Class Promotion_____Level Progression_____Other_____

INMATE SIGNATURE *Roger Buckner*          DATE *1-12-15*

WITNESS SIGNATURE *B. Smith*          DATE *1-12-15*

800-4

STATE OF ARKANSAS       )
                          ) §

COUNTY OF _Lincoln_       )

## AFFIDAVIT

I, _Roger Buckner #60000_, after first being duly sworn, do hereby swear, depose and state that: _I am telling the Complete trueth to the best of my Knowledge through informals, grievence's, request, ex-ray's, free world medical record's, MRI's from 2006 from Calico, AR (while at (North Central Unit), Free World Medical record's from 2009 thru 2014 at 2 differant hospitals, Medical Records All from Department of Corrections Since 2006 that includes All ex-ray's, blood work, Urintest plus stool test results with hand written reports from All Doctor's, APN's, Nurse's, Also Correction Authorities Injury logs and or Security reports on accidents from 2006 to 2015 on me. Plus un-answered informals on All my mail and returned mail etc._

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_3-5-15_
DATE

_Roger Buckner_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _05_ day of _March_, 20 _15_ .

_Felicia Piggee_
NOTARY PUBLIC

My Commission Expires: _01-31-2021_

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

| | Section Number | Page Number |
|---|---|---|
| **ADMINISTRATIVE REGULATIONS** **STATE OF ARKANSAS** **DEPARTMENT OF CORRECTION** | ~~987~~ 832 | 1 of 1 |
| | Board of Correction Approval Date: 11/29/79 | |
| | Supersedes: 31:73 | Dated: 8/23/73 |
| | Attorney General Review Date: 11/29/79 | Date Filed Secy of State 2/1/80 |

*This is all I received on 3-12-15 on this issue(s) I asked for*

SUBJECT:   Discrimination and Racial Issues

**ADC • VARNER UNIT,**
**LAW LIBRARY - 37811**

I.   POLICY OF DEPARTMENT:   To prohibit discrimination with regard to inmate disciplinary action, transfers, institutional program assignments and other such matters on the basis of race, creed, color or national origin.

II.   EXPLANATION·

   A.   All pre-service training, in-service training and staff development shall include extensive programs in human relations.  All employees shall be informed of their obligation to treat all inmates with equal dignity and courtesy  As a significant number of inmates in our institutions and facilities have cultural or linguistic behavioral patterns differing from those of many of the staff, all personnel should be familiar with these patterns  As any inability to communicate between staff and inmates may lead to institutional tension or friction, training shall be aimed at removing communication barriers.

   B.   There shall be fair and objective classification of all inmates with respect to all aspects of institutional life.  So far as possible, institutional programs shall reflect the ethnic distribution of the inmate population.

   C.   Where security requirements permit, efforts shall be made to involve citizen groups from all communities with inmate groups - including minority self-help groups and other administration-sponsored activities. Whenever feasible, minority employees shall be encouraged to work with such groups as advisors and counselors.  As with all inmate group activities, staff supervision is essential.

   D.   All administrators and supervisors shall be open to complaints from any inmate concerning discrimination and shall be active in investigating any such complaint and in taking remedial action.

*This is a lie Cause I have informal's, grievances, request, and personaly talked to Sgts, Lts, medical staff, 1 Warden, 1 Deputy Warden, wrote Director Several times nothing has changed.*

*Plus this isn't all of Discrimination and Racial issues Regulations So this will show as well I am not getting my legal stuff*

Varner Super Max            Sent out morning of
                            3-16-15

Letter I Wrote to Warden Randy Watson / Director Ray Hobbs          March 2, 2015

From: Roger Buckner #60000 Cell Block 4-458     AD-SEG

Sir! I have a few issues that I have been dealing with now but it seems like something get's done for a week or 2 then it goes right back like it was before it stopped for the week or 2. These issues I have wrote Deputy Warden M. Jackson about plus talked to him on 12-16-14 and things have only got worse instead of better. These are the issues: (1) I have solid prove that my incoming & out going mail has / is being messed with. I even have informals wrote on my mail that was signed and picked up never brought back to me or answered but yet no one knows what happened to the informals or my legal mail & regular mail with legal documents. I can't get any body to look at videos to see where my mail went or even to see that I am telling the trueth. I even got the between times my mail was picked up who picked it up and where it was going along with the date it was picked up. I have a place that now has sent me 2 bible's valued at $84.00 not counting shipping fee's with black leather cover's and I haven't received neither one of them cause they where gave to 2 different inmate's at which they were mine. I can show you what the bible looks like from my bible study.

(2) Every weekend my T.V. has been put on E/I or the paid programing shows all weekend while every body els T.V's are put on movies, Razorback basketball or Nascar etc. I am not in trouble I refuse to go to population cause threats have been made that I am going to be stabbed any where I go and there has been a bounty on my nose & jaw over lies & rumors at which is why I am trying to get my legal documents out to an Attorney & courts etc. but I am not being equally treated like other inmates to corrospond with an Attorney

or. County's over these matter's to put a stop to my family, ex-girl friends, Step Children etc. There is also times thru the week that my T.V. don't even come on. I don't Under stand this.

(3) Now, for the last 6 times my clothes have been Washed after I put the one's just Washed on I Start Scratching and have even got bumps on my feet, legs, Sides, etc. and it just Started after I found a insulated red Wire in my Clothes when they came back from the laundry. My blanket isn't being Washed regularly like it's Suppose to if I'm lucky I get my blanket Washed every 60 to 90 days. I have kept the insulated red Wire to Send to an Attorney & Federal U.S. Courts over this.

(4) On 2-16-15 last pill call nurse C (that I Can name) told C.O. C that I Can prove) that I have 3 "Rape" Charges and gave these girls H.I.V. / A.I.D.S. at Which my medical records & H.I.V. test Will Show I am "Neg." Plus I don't even have a Sex Charge of any Kind.

Sir! All this Stuff is Cause I got out of T.V.P. in Texarkana, AR in Nov. 12012 and had Some people my ex-girl friends & there boy friends and family's along with Some of my family & Step and Children that Stalked me in Hot Springs, AR. I Called the police on a David Payne that wouldn't leave me alone as I was trying to Start my life over. These people Went to jail between Nov. 1, 2012 & Nov. 18, 2012 (I Can even tell you all there names if you Want to See if I am telling you the trueth). Cause this guy Snitched every body out but this girls brother beat her face in Cause he thinks she Snitched every body out Which is a lie and there after me trying to blame me for this girls child that She had at 14 or 15 at Which is really her half brother's or brother-n-laws this is Why they have impersonated me at Which I have NCIC legal documents to prove it along With other legal

documents. So they started this rumor since 2012 and put a bounty on my nose & jaw over all this. I am almost done with my prison sentence. My flat date is Dec. 28, 2015 and I'm flatting my time out. I don't bother no body but I can't get treated equally either.

It's bad Sir that I get indigent and the C.O. throws my slip in the trash so I cant even get my indigent cause of all this trash being said about me.

I'm just asking for your help so I can get my legal mail out and All these other issues took care of.

                    Thank You For Your Time

P.S. A Copy of this same letter is going to an Attorney & Federal Courts showing I am trying to give you a chance to correct these issues.

I also have medical issues that medical is over looking because of the lies that have and are being told on me as well.

Inmate: Roger Buckner #600000   Cell Block 4-458


                 Varner Super Max