IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER BUCKNER,
ADC #600000                                                                                          PLAINTIFF

v.                                            5:15CV00088-JM-JTK

W. CLOWERS, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that

1. All non-medical claims are DISMISSED without prejudice.

2. The following Defendants are DISMISSED without prejudice: Readex, Newton, Hargrove, M. Jackson, M. Turner, David White, Genia Walker, Rory Griffin, Sanders, Hobbs, Carter, Partain, Lee, Snead, Guardo, Gonzales, Williams, Young, Allen (Mailroom, Varner Supermax), Swift, Torrence, R. Calloway, Esau, Lundy, Baily, Bivens, Plummer, D. Kelley, Jones, Nurse Valery, and Nurse Megan.

IT IS SO ORDERED this 26th day of May, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE